DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KIRSTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Leanne.Hartmann@doj.oregon.gov
           Brian.S.Marshall@doj.oregon.gov
           kirsten.m.naito@doj.oregon.gov
           sara.delrubin@doj.oregon.gov
           derek.olson@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al.,<br><br>  Defendants. | Case No.  6:25-cv-02186-MTK<br><br>DECLARATION OF IAN YAFFE |

## DECLARATION OF IAN YAFFE

I, Ian Yaffe, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of Maine and I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

### Personal Background and Qualifications

2. I am currently employed by the Maine Department of Health and Human Services as Director of the Office for Family Independence (OFI).

3. OFI determines eligibility for various federally and state funded programs including the Supplemental Nutrition Assistance Program (SNAP), Medicaid, Temporary Assistance for Needy Families (TANF), and more. OFI also oversees child support collection and distribution, social security disability determinations, and the investigation of fraud and overpayments for the various programs previously mentioned.

4. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

### SNAP in Maine

5. SNAP, one of the programs administered by OFI, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

6. SNAP is a key part of Maine's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 173,557 people received SNAP benefits in Maine each month, including approximately 101,463 families and 53,709 children. Households in Maine receive on average $296.99 per month in SNAP benefits to meet their basic subsistence and nutritional needs.

During the federal fiscal year between October 1, 2024 and September 30, 2025, OFI issued approximately $30,541,226 per month in SNAP benefits in Maine.

7.  OFI administers the SNAP program in Maine pursuant to 22 M.R.S. § 3104 et seq. Pursuant to federal law, OFI administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Maine, though Maine and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8.  Consistent with federal law, Maine administers SNAP benefits to non-citizens who are eligible for SNAP by statute.

### Public Law 119-21 (the One Big Beautiful Bill Act of 2025)

9.  On July 4, 2025, President Donald J. Trump signed into law Public Law 119-21, the One Big Beautiful Bill Act of 2025 (OBBB).

10. Section 10108 of the OBBB, titled "Alien SNAP Eligibility," made changes to the eligibility of certain categories of non-citizens for SNAP benefits, amending section 6(f) of the Food and Nutrition Act of 2008, 7 U.S.C. 2015(f).

### USDA's October 31, 2025 SNAP Guidance

11. On October 31, 2025, USDA issued guidance ("the Guidance"), which purports to explain the changes to non-citizens' eligibility for SNAP benefits required by Section 10108 of Public Law 119-21.

12. I and others at OFI have reviewed the Guidance and 7 U.S.C. 2015(f), as amended by the OBBB. OFI's understanding is that the Guidance is inconsistent with other laws and regulations regarding SNAP eligibility that we understand to be unchanged by the OBBB.

13. On October 31, 2025, USDA sent OFI the Guidance via e-mail.

### Implementation of the OBBB and the Guidance by Maine

14. Maine verifies noncitizen status through the Systematic Alien Verification for Entitlements (SAVE) system consistent with 7 C.F.R. § 272.11.

15. OFI's Automated Client Eligibility System (ACES) has fields for workers to enter various noncitizen statuses such as Refugee, Asylee, Parolee, Legal Permanent Resident, and Undocumented. Staff use the SAVE results and documentation to enter the correct status in ACES.

16. To implement the changes detailed in the Reconciliation Act and the October 31, 2025 guidance, ACES will need to be modified to collect current status, Code of Admissions (COA), and other elements independently. This approach is necessary to make sure that the system applies the correct rules for SNAP, Medicaid, TANF, and other programs.

17. In July 2025, following the passage of the OBBB, Maine began to take steps to implement the OBBB's changes to non-citizen eligibility for SNAP. Updates to our state rules have been drafted and requirements gathering for changes to ACES have begun. Manual review of individuals with certain noncitizen statuses is ongoing. This review involves new SAVE requests and recording multiple factors on spreadsheets as ACES is not yet modified to accept the additional details.

18. The lack of timely guidance left significant questions about which if any Legal Permanent Residents would be subject to a five-year bar. The guidance was significantly different from Maine's interpretation particularly as it related to Amerasians, members of

3

indigenous nations born abroad, and Hmong and Highland Laotians. These updates resulted not only in significant changes to the drafted material but duplicative review of thousands of individuals.

19. Maine continues to draft changes to rules and ACES and review cases based on the best available information. Each time the guidance changes or is clarified it triggers significant duplicative work.

### Impact of the Guidance on Maine and OFI

20. The Guidance has caused significant confusion and administrative difficulties for OFI, disrupting OFI's efforts to implement the OBBB's changes to non-citizen SNAP eligibility. Considering the potential cost sharing related to the Payment Error Rate included in the reconciliation act, Maine has been taking steps to be ready to implement noncitizen eligibility changes as soon as possible. The conflicting federal laws resulting from the reconciliation act, the delay in guidance, and the inconsistencies within the guidance have resulted in increased administrative cost in the immediate term and an increased risk of cost benefit sharing with each month implementation is delayed.

21. As described above, OFI has already invested significant time and resources into planning and preparing for the changes to non-citizen SNAP eligibility made by the OBBB. The Guidance will increase the costs required to implement the changes required by OBBB. Specifically:

   a) Maine is investing $66,200 in updating ACES and the related rules engine and client facing portal.

   b) Developing and delivering updated training and updating resources will take 786 hours of training staff time. Additionally, 350 staff will be pulled from regular duties for about an hour to participate in the training.

      c) OFI has already invested over 1,250 hours of front-line staff time reviewing existing cases. We anticipate a similar amount of time to be invested in reworking cases once the guidance is finalized.

22.    The Guidance elevates the risk that Maine will face financial penalties due to inadvertent noncompliance with OBBB and/or the Guidance. Section 10105 of the OBBB created a new set of penalties for States tied to their payment error rates. The Guidance stated that the "exclusionary period"—that is, the period of time during which errors do not count towards a state's error rate—ended on November 1, 2025, the day after the guidance was issued. Historically, there are more errors as agencies figure out how to implement new guidance. Thus, USDA may attempt to count any so-called "errors" stemming from the Guidance as part of Maine's error rate, increasing the risk that Maine may have to pay financially penalties. And USDA claims the authority to be able to count those errors starting November 1, 2025, leaving only a one-day period for compliance, further increasing the chance of these penalties.

23.    OFI's understanding of the Guidance is that it appears to exclude certain categories of non-citizens from SNAP who appear to be eligible under the OBBB and other eligibility requirements that were unchanged by the OBBB. Under the Guidance, roughly 2,000 non-citizens within Maine will be excluded from SNAP.

24.    The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs, including, for example, state-funded nutrition access programs similar to SNAP. Because the guidance is inconsistent with OBBB, it is causing downstream effects and uncertainty in other state and locally funded programs, making them difficult to administer with any sort of predictability.

25. The lack of clarity regarding non-citizen eligibility caused by the Guidance will significantly erode trust between the Maine and its residents. To properly effectuate its safety net programs, OFI has devoted years of work to overcome stigma, misinformation, and other barriers to access, particularly among immigrant communities. If households experience uncertainty in receiving crucial benefits, they are likely to feel that OFI has failed or engaged in wrongdoing. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

26. Furthermore, loss of trust among Maine residents will likely lead a chilling effect among various immigrant communities, leading to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed in South Portland, Maine on November 24, 2025.

Ian Yaffe
Director, Office for Family Independence
Maine Department of Health and Human Services

## CERTIFICATE OF SERVICE

I certify that on November 26, 2025, I served the foregoing upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Susanne Luse<br>Assistant United States Attorneys<br>U.S. Attorney's Office for the District of Oregon<br>1000 SW Third Ave. Suite 600<br>Portland, OR 97204 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-SERVE<br>_X_ E-MAIL<br>susanne.luse@usdoj.gov |

 *s/ Leanne Hartmann*
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KRISTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
kirsten.m.naito@doj.oregon.gov
sara.delrubin@doj.oregon.gov
derek.olson@doj.oregon.gov

*Counsel for the State of Oregon*

Page 1 -   CERTIFICATE OF SERVICE
LH5/om1/1002822308

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000