DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KIRSTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Leanne.Hartmann@doj.oregon.gov
            Brian.S.Marshall@doj.oregon.gov
            kirsten.m.naito@doj.oregon.gov
            sara.delrubin@doj.oregon.gov
            derek.olson@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al.,<br><br>　　　　Defendants. | Case No.　6:25-cv-02186-MTK<br><br>DECLARATION OF RAFAEL LOPEZ |

## DECLARATION OF SECRETARY RAFAEL LÓPEZ

I, Rafael López, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18 and understand the obligations of an oath.

### Professional and Agency Background

2. I serve as the Secretary of the Maryland Department of Human Services (MDHS), which contains the Family Investment Administration, the state agency responsible for administering the federal Supplemental Nutrition Assistance Program (SNAP).

3. I make this declaration based on personal knowledge and information provided to me in my official capacity.

4. Maryland Governor Wes Moore appointed me the Acting MDHS Secretary on January 18, 2023. I was confirmed by the Maryland Senate and sworn in as the MDHS Secretary on March 2, 2023. Prior to my appointment as MDHS Secretary, I served as a Senior Advisor to the Administration for Children and Families in the U.S. Department of Health and Human Services from December 2021 through January 2023. I helped reunite more than 170,000 unaccompanied children with their families or other vetted sponsors at the height of the largest surge of unaccompanied children in U.S. history. Previously, I was nominated by President Obama and confirmed by the U.S. Senate to serve as the Commissioner for the Administration on Children, Youth, and Families for the U.S. Department of Health and Human Services, where I led federal programs for foster care, adoption, runaway and homeless youth, family violence prevention, and adolescent pregnancy prevention. In my career, I have served in several other professional roles concerning economic assistance and child welfare.

5. MDHS is honored to serve more than one million Marylanders to empower them and to unlock opportunities. We serve to ensure all can reach their full potential by helping with preventive and supportive services, economic assistance, and meaningful connections to employment development and career opportunities. Our team consists of our nearly 6,000 employees across the state, who are supported by our many partners in the communities we serve. Our 24 local departments of social services administer 80% of all activities in our $4.2 billion budget. The MDHS budget is 69% federally funded.

6. SNAP, one of the programs administered by MDHS, involves the issuance of monthly benefits using federal funds to customers that can be used to purchase food at over 3,800 authorized retailers statewide.

## SNAP in Maryland

7. SNAP is a key part of Maryland's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In Maryland, SNAP feeds over 680,000 Marylanders monthly, including nearly 270,000 children, with an average monthly SNAP benefit of $180 per customer. We project issuing over $1.6 billion in benefits in state fiscal year 2026 (July 1, 2025, to June 30, 2026). SNAP is issued monthly through an electronic benefit transfer (EBT) card that can be used to purchase food at over 3,800 authorized retail stores across Maryland, including farmers' markets and small family-owned corner stores in every one of our 24 local jurisdictions.

8. As of November 18, 2025, we have issued a total of $68.7 million to households active as of October 31, 2025. Additionally, we have issued $4.1 million to households newly certified in November.

9. In May 2025, our SNAP customers included:

   a. 262,248 children under age 18;

   b. 121,615 seniors aged 62 and older;

   c. 128,705 people with disabilities; and

   d. 28,843 people experiencing homelessness.

10. MDHS administers the SNAP program in Maryland pursuant to Maryland Code Ann., Hum. Servs. §§ 5-501 to 5-506. Pursuant to federal law, MDHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and EBT cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Maryland, though Maryland and the federal government split administrative costs. 7 U.S.C. § 2025(a).

11. Maryland expends approximately $230 million in total administrative costs to run its SNAP program each year, approximately $115 million of which is reimbursed by the federal government.

**Public Law 119-21 (the One Big Beautiful Bill Act of 2025)**

12. On July 4, 2025, President Donald J. Trump signed into law Public Law 119-21, the One Big Beautiful Bill Act of 2025 (OBBB).

13. Section 10108 of the OBBB, titled "Alien SNAP Eligibility," made changes to the eligibility of certain categories of non-citizens for SNAP benefits, amending section 6(f) of the Food and Nutrition Act of 2008, 7 U.S.C. 2015(f).

### USDA's October 31, 2025, SNAP Guidance

14. On October 31, 2025, USDA issued guidance ("the Guidance"), which purports to explain the changes to non-citizens' eligibility for SNAP benefits required by Section 10108 of Public Law 119-21.

15. On October 31, 2025, USDA sent MDHS the Guidance via e-mail.

16. I and others at MDHS have reviewed the Guidance and 7 U.S.C. 2015(f), as amended by the OBBB. MDHS's understanding is that the Guidance is inconsistent with other laws and regulations regarding SNAP eligibility that we understand to be unchanged by the OBBB.

17. On November 19, 2025, the Maryland Office of the Attorney General joined a multistate letter submitted to USDA by the New York State Office of the Attorney General identifying errors in the Guidance, seeking clarification, and requesting that USDA retract the Guidance to correct the errors and hold States harmless for any errors resulting from the Guidance.

### Implementation of the OBBB and the Guidance by MDHS

18. MDHS requires SNAP applicants to submit documentation that verifies their immigration status. Accepted documents include: USCIS Forms I-551, and I-94. MDHS verifies that applicant's documentation using the Systematic Alien Verification Entitlements (SAVE) for accuracy and federal benefits eligibility.

19. MDHS captures immigration status and any changes to the applicant or recipient's status in the Eligibility and Enrollment (E&E) system which is used for determining SNAP eligibility.

20. MDHS requires significant changes to the eligibility determination process and computer system to comply with the OBBB's changes to non-citizen SNAP eligibility. The changes include amending E&E to ensure new applicants that do not meet the criteria in OBBB

are not approved for SNAP, as well as amending existing rules to remove active SNAP participants who do not meet the immigrant eligibility criteria in OBBB.

21.     In July 2025, following the passage of the OBBB, MDHS began to take steps to implement the OBBB's changes to non-citizen SNAP eligibility.

22.     On July 7, 2025, MDHS sent an email to USDA asking for clarification on the impact of the OBBB on non-citizen SNAP eligibility. MDHS specifically asked USDA to clarify the impact of the OBBB on SNAP eligibility for immigrant populations not subject to the five-year waiting period provision of Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA). In the same email, MDHS also asked for the implementation requirements for active SNAP participants not subject to the PRWORA five-year waiting period. USDA replied on July 8, 2025, that they will "share guidance as soon as it is available."

23.     On August 20, 2025, MDHS sent an email to USDA seeking clarification on the impact of OBBB on humanitarian immigrants who adjust their status to Lawful Permanent Residents (LPRs). USDA responded that the ". . . question about how to treat LPRs who adjusted from refugee status is noted to be addressed in later guidance."

24.     MDHS repeatedly inquired about the status of the policy guidance during bi-weekly check-ins with USDA. At each check-in, USDA indicated the questions were under review.

25.     MDHS prepared for the significant systems and training changes that would be required to comport with the OBBB's changes to non-citizen SNAP eligibility, and the public communications efforts that would make the affected community aware of these changes. In addition to preparing changes to the E&E system, MDHS also spent significant time and resources developing training materials and desk guides for eligibility staff.

5

26. MDHS started planning for these significant systems and training changes without requested guidance from USDA with the expectation that forthcoming USDA guidance would comply with the OBBB and other laws and regulations regarding SNAP eligibility that we understand to be unchanged by the OBBB. MDHS also understood that all facets of implementation, including policy development, communications and training materials, and systems changes, would depend on guidance from USDA that we expected to answer the questions MDHS had posed and provide other instructions on how to implement the OBBB's changes to non-citizen SNAP eligibility.

27. The Guidance however added further confusion, which resulted in significant disruptions at a time when MDHS was preparing for November SNAP contingencies during the federal government shutdown.

28. Following the issuance of the Guidance, MDHS prepared updates to internal guidance for the MDHS workforce and drafted communications plans for public outreach to impacted communities. E&E is undergoing additional changes to update eligibility rules for individuals in accordance with the Guidance.

29. MDHS is currently in limbo, assessing whether and how to comply with existing law, including the OBBB and other laws and regulations regarding SNAP eligibility, and the Guidance.

### Impact of the Guidance on Maryland and MDHS

30. The Guidance is causing significant confusion and administrative difficulties for MDHS. It is disrupting MDHS's efforts to implement the OBBB's changes to non-citizen SNAP eligibility, and disrupting our efforts to reduce our SNAP payment error rate.

31. As described above, MDHS already invested significant time and resources into planning and implementing the changes to non-citizen SNAP eligibility made by the OBBB. The Guidance is increasing the costs required to implement the changes required by the OBBB. Specifically:

   a) updating the eligibility system;

   b) staff time and capacity for reporting on OBBB data;

   c) training and outreach material development;

   d) increase in calls to our call center and processing jurisdictions from impacted SNAP customers; and

   e) more administrative hearings.

32. The Guidance elevates the risk that Maryland will face massive financial penalties due to inadvertent noncompliance with the OBBB and/or the Guidance. Section 10105 of the OBBB created a new set of penalties for States tied to their payment error rates. The Guidance stated that the "exclusionary period"—that is, the period of time during which errors do not count towards a state's error rate—ended on November 1, 2025, the day after the guidance was issued. Historically, there are more errors as agencies figure out how to implement a new guidance. Thus, USDA may attempt to count any so-called "errors" stemming from the Guidance as part of Maryland's payment error rate, increasing the risk that Maryland may have to pay financially ruinous penalties. USDA claims the authority to be able to count those errors starting November 1, 2025, leaving only a one-day period for compliance, further increasing the chance of these penalties. MDHS is extremely concerned about the impact on state general funds that could result from a potential increase in Maryland's payment error rate.

33. MDHS's understanding of the Guidance is that it appears to exclude certain categories of non-citizens from SNAP who appear to be eligible under the OBBB and other statutes that were unchanged by the OBBB. Under the Guidance, many otherwise eligible non-citizens within Maryland will be excluded from SNAP. This will harm Maryland MDHS.

34. The loss of SNAP benefits will result in greater need and requests for state-funded assistance programs. There will be increased reliance on state-funded nutrition access programs similar to SNAP like food banks and food pantries to which Maryland has already added $10 million in state general funds to fill gaps created by federal policies in 2025.

35. The lack of clarity regarding non-citizen eligibility caused by the Guidance will significantly erode trust between Maryland and its residents. To properly effectuate its safety net programs, MDHS has devoted years of work to overcome stigma, misinformation, and other barriers to access for benefits-eligible residents, particularly among immigrant communities. If households experience uncertainty in receiving crucial benefits, they are likely to feel that MDHS has failed or engaged in wrongdoing. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

36. Furthermore, loss of trust among Maryland residents will likely lead to a chilling effect among various immigrant communities—including mixed-status families with U.S. citizen family members[1]—leading to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs, and expending of resources to rebuild trust in the public agency.

---

[1] Approximately 10 percent of U.S.-born residents in Maryland live with at least one immigrant parent. Am. Immigr. Council, Immigrants in Maryland (last visited Nov. 25, 2025), https://map.americanimmigrationcouncil.org/locations/maryland/.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of November, 2025, in Baltimore, Maryland.

_____
Rafael López, Secretary
Maryland Department of Human Services

## CERTIFICATE OF SERVICE

I certify that on November 26, 2025, I served the foregoing upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Susanne Luse<br>Assistant United States Attorneys<br>U.S. Attorney's Office for the District of Oregon<br>1000 SW Third Ave. Suite 600<br>Portland, OR 97204 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-SERVE<br>_X_ E-MAIL<br>susanne.luse@usdoj.gov |

 *s/ Leanne Hartmann*
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KRISTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
kirsten.m.naito@doj.oregon.gov
sara.delrubin@doj.oregon.gov
derek.olson@doj.oregon.gov

*Counsel for the State of Oregon*

Page 1 -   CERTIFICATE OF SERVICE
LH5/om1/1002822308

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000