# Attachment A

| | |
|---|---|
| From: | Ingram, Ana - FNS |
| To: | Hill-Laguerre, Sharon (DSHS/ESA/CSD); Smith, Barbara - FNS |
| Cc: | Hensen, Joyce (DSHS/ESA/CSD) |
| Subject: | RE: [External Email]Federal Guidance for HR1 |
| Date: | Thursday, July 31, 2025 11:23:55 AM |
| Attachments: | image001.png |
| | image009.png |
| | image010.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |

**External Email**

Greetings Sharon,

We have sent all questions to National Office and are awaiting guidance from them. My apologies for any delays that this process may be causing, especially as you all continue to service your community.
Your due diligence is always appreciated!

Very respectfully,
Ana

**From:** Hill-Laguerre, Sharon (DSHS/ESA/CSD) <sharon.hill-laguerre@dshs.wa.gov>
**Sent:** Thursday, July 31, 2025 11:06 AM
**To:** Ingram, Ana - FNS <Ana.Ingram@usda.gov>; Smith, Barbara - FNS <Barbara.Smith2@usda.gov>
**Cc:** Hensen, Joyce (DSHS/ESA/CSD) <joyce.hensen@dshs.wa.gov>
**Subject:** [External Email]Federal Guidance for HR1

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic**;
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good morning,

I know that you are working on sending something out, but I would not be doing my due diligence if I didn't send forth this email. Do we have a timeline for guidance for the provisions that went into effect 7/4/2025?

Most respectfully,

**Sharon Hill-LaGuerre** (she/her/hers)
Food Programs and Policy Administrator
360-870-9316 | sharon.hill-laguerre@dshs.wa.gov

Community Services Division
Economic Services Administration
**Washington State Department**

**of Social and Health Services**

*We partner with people to access support, care, and resources.*

*Follow DSHS online*


This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.