# Attachment B

| | |
|---|---|
| **From:** | Smith, Barbara - FNS |
| **To:** | Hill-Laguerre, Sharon (DSHS/ESA/CSD); Ingram, Ana - FNS; Hensen, Joyce (DSHS/ESA/CSD) |
| **Subject:** | RE: September Monthly Meeting Questions - In progress |
| **Date:** | Tuesday, September 23, 2025 2:35:54 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image012.png<br>image014.png<br>image015.png<br>image016.png<br>image005.png |

**External Email**

Hi Sharon,

We are researching this question with the NO and will provide an update as soon as possible. We're tracking this question along with the other OBBB questions.

Thank you,

Barb

Barbara Smith
Lead Program Specialist
Western Region



415-705-2229

---

**From:** Hill-Laguerre, Sharon (DSHS/ESA/CSD) <sharon.hill-laguerre@dshs.wa.gov>
**Sent:** Monday, September 22, 2025 6:33 PM
**To:** Ingram, Ana - FNS <Ana.Ingram@usda.gov>; Hensen, Joyce (DSHS/ESA/CSD) <joyce.hensen@dshs.wa.gov>
**Cc:** Smith, Barbara - FNS <Barbara.Smith2@usda.gov>
**Subject:** RE: September Monthly Meeting Questions - In progress

Hi Ana/Barb,

Thank you again for the conversation on Friday. The clarification that our ABAWD waiver is eligible to continue through the end of January 31, 2026 was especially timely and much appreciated.

I included the following question in the notes below:

> Can you confirm Washington will be not contacted with additional follow up as indicated in the Sept. 4, 2025 Memo, Supplemental Nutrition Assistance Program Provisions of the One Big Beautiful Bill Act of 2025 – Information Memorandum, since the waiver time limit is in alignment with the revised program rules?

**Participants**

- ☐ Ingram, Ana - FNS (Meeting Organizer)
- ☐ Aikins, Angela (DSHS/ESA/CSD)
- ☐ Hensen, Joyce (DSHS/ESA/CSD)
- ☐ Hill-Laguerre, Sharon (DSHS/ESA/CSD)
- ☐ Smith, Barbara - FNS
- ☐ Manaoat, Jemellee - FNS
- ☐ Gonzalez, Jodi - FNS
- ☐ Tobin, Charles
- ☐ Clifton, Donna - FNS
- ☐ Moss, Evan - FNS
- ☐ Ihm, Young - FNS
- ☐ Surla, Noel - FNS
- ☐ Levandowski, Jason - FNS
- ☐ Marx, Alexis
- ☐ Wachter, Caroline

**Government Shutdown:**
- This question was answered verbally but I am being asked for clarification in writing. Last year we were able to issue one month of benefits. However, the shutdown did not coincide with the end of the fiscal year. Will we only be able to issue SNAP that was approved by 9/30/2025 or can we continue to take applications and issue benefits and supplements throughout the month of October?

- No formal guidance. Awaiting response from National Office. Hoping for a CR optimistic that they will have a continuing resolution.
- Shutdown to go beyond 30 days.

**Hold Harmless:**
- Is the hold harmless period adjusted for the time required for system reprograming? 7 CFR 275.12(d)(2)(vii)(E)

  - Reached out to National Office for clarification and awaiting a response.

**TFP:**
- The COLA memo did not address the TFP cap so there is some misunderstanding about if and when it will go into effect. Is there a cap on benefit issuance? Is there a cap on the TFP figure used to calculate benefit amount? 7 CFR 273.10(e)(2)(ii)(A)(2). If the cap results in zero benefits 7 CFR 273.2(j)(4)(iii)(C), is the household eligible as a zero benefit household, or denied/terminated based on this new calculation method?

- Reached out to NO and awaiting guidance.

**LIHEAP:**
- Can it wait until next ER if the HH is already certified as eligible for conferred SUA?

    - Reached out to NO and awaiting guidance.

**ABAWD:**
- For newly non-exempt ABAWDs, can screening happen at the next recertification, or is there an expectation that new requirements will be imposed without screening for other exemptions? 7 CFR 273.24(k)

    - Will follow with National Office.

- Does our current ABAWD waiver continue through January 2026? If not, when will it end? If it ends early, will there be a hold harmless period for implementation?

    - **States with waivers can continue to operate under the waiver.**
    - Submit the renewal request ASAP because everything is taking longer to go through.
    - Can you confirm Washington will be not contacted with additional follow up as indicated in the Sept. 4, 2025 Memo, Supplemental Nutrition Assistance Program Provisions of the One Big Beautiful Bill Act of 2025 – Information Memorandum, since the waiver time limit is in alignment with the revised program rules.

- If a household has three adults and one of the adults is disabled and requires care, can both of the non-disabled adults be exempt from Work Registration for caring for the incapacitated individual? Or is that exemption limited to one person providing care?
    - For example. Ted, Mary and Lisa are all adults living together. Lisa is disabled and has a care giver that comes in 8 hours per day. Ted and Mary each cover eight of the remaining 16 hours for Lisa's care. Can both Ted and Mary be exempt as caring for Lisa?
    - Is it only one person or can it be two?  If this exempts both individuals, then this household would not be ABAWD.

    - Will follow with National Office.

**Immigration:** FNS is deferring to National Office but requested more context
- How do Cuban Haitian Entrants differ from Cubans and Haitians who entered under CHNV? What is the determining factor?
    - *further context:*
        - SNAP Guidance on Termination of CHNV Parole Programs | Food and Nutrition Service specifies there is a difference and that CHE continues to be eligible, while those with expired or revoked CHNV status are no longer

- eligible unless they have a new status that continued to qualify for SNAP.
- Eligibility staff need clear guidance on how to determine whether a Cuban or Haitian should be terminated from SNAP (if CHNV status expires or is revoked) or if they continue to qualify under HR1 as CHE instead of CHNV status?

- Is there still a population that is excluded from SNAP due to the five-year bar, or are all LPRs eligible from the date they attain that status?
    *further context:*
    - Under the 5-year bar, children with LPR status qualify for SNAP until their 18th birthday, but older HH members do not. HR1 is silent about the 5-year bar, and we need to know whether it still applies.
    - Specifically, under HR1, are all LPRs eligible for SNAP from the date LPR status is attained, or do some have a waiting period.

**The new immigration section states this:**

Section 6(f) of the Food and Nutrition Act of 2008 (7 U.S.C. 2015(f)) is amended to read as follows:

6. No individual who is a member of a household otherwise eligible to participate in the supplemental nutrition assistance program under this section shall be eligible to participate in the supplemental nutrition assistance program as a member of that or any other household unless he or she is
    (1) a resident of the United States and
    (2) either

A. a citizen or national of the United States:
B. an alien lawfully admitted for permanent residence as an immigrant as defined by sections 101(a)(15) and 101(a)(20) of the Immigration and Nationality Act, excluding, among others, alien visitors, tourists, diplomats, and students who enter the United States temporarily with no intention of abandoning their residence in a foreign country;
C. an alien who has been granted the status of Cuban and Haitian entrant, as defined in section 501(e) of the Refugee Education Assistance Act of 1980 (Public Law 96-422); or
D. an individual who lawfully resides in the United States in accordance with a Com pact of Free Association referred to in section 402(b)(2)(G) of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996. The income (less, at State option, a pro rata share) and financial resources of the individual rendered in eligible to participate in the supplemental nutrition assistance program under this subsection shall be considered in determining the eligibility and the value of the allotment of the household of which such individual is a member.

**Overpayment requirements:**
- As most of the SNAP provisions outlined in the OBBBA were "effective upon enactment" and because such significant changes cannot be made quickly due to the need to change eligibility systems, policies, state rules and worker procedures and because clear guidance has not been given regarding several provisions:

- will clients be held responsible for potential benefit overpayments between enactment of the bill and the time in which the state can make and implement the changes?
- Or will the USDA hold states accountable for payments made and be required to repay such federal benefits?

- Q&A is being developed by national office to address some of these questions regarding hold harmless period and claims referrals

Kind regards,

**Sharon Hill-LaGuerre** (she/her/hers)
Food Programs and Policy Administrator
360-870-9316 | sharon.hill-laguerre@dshs.wa.gov

Community Services Division
Economic Services Administration
**Washington State Department
of Social and Health Services**

*We partner with people to access support, care, and resources.*

*Follow DSHS online*



---

**From:** Ingram, Ana - FNS <Ana.Ingram@usda.gov>
**Sent:** Monday, September 22, 2025 4:30 PM
**To:** Hill-Laguerre, Sharon (DSHS/ESA/CSD) <sharon.hill-laguerre@dshs.wa.gov>; Hensen, Joyce (DSHS/ESA/CSD) <joyce.hensen@dshs.wa.gov>
**Cc:** Smith, Barbara - FNS <Barbara.Smith2@usda.gov>
**Subject:** September Monthly Meeting Questions - In progress

External Email

Greetings WA Team,

My apologies for a bit of the chaos in last Friday's monthly meeting. The analysis for your questions are in progress. We should be able to send soon. Thank you for your patience.

Very respectfully,
Ana

Ana Ingram
Program Specialist
Supplemental Nutrition Assistance Program
Western Regional Office



**Food and Nutrition Service**
90 Seventh Street, Suite 10-300
San Francisco, CA 94103
p: 415 407 8728

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.