# Attachment C

| | |
|---|---|
| **From:** | Ingram, Ana - FNS |
| **To:** | Hill-Laguerre, Sharon (DSHS/ESA/CSD); Hensen, Joyce (DSHS/ESA/CSD) |
| **Cc:** | Smith, Barbara - FNS; Moss, Evan - FNS |
| **Subject:** | RE: WA: Follow-up from September Monthly Meeting 2025 |
| **Date:** | Tuesday, September 30, 2025 4:23:32 PM |
| **Attachments:** | image001.png |
| | image004.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image003.png |

**External Email**

Greetings WA Team,

Thank you for your questions. Acknowledging receipt of your email. Please let us know if you have any questions and concerns as we await guidance.

Very respectfully,
Ana

Ana Ingram
Program Specialist
Supplemental Nutrition Assistance Program
Western Regional Office

Food and Nutrition Service
90 Seventh Street, Suite 10-300
San Francisco, CA 94103
p: 415 407 8728

---

**From:** Hill-Laguerre, Sharon (DSHS/ESA/CSD) <sharon.hill-laguerre@dshs.wa.gov>
**Sent:** Tuesday, September 30, 2025 9:44 AM
**To:** Ingram, Ana - FNS <Ana.Ingram@usda.gov>; Hensen, Joyce (DSHS/ESA/CSD) <joyce.hensen@dshs.wa.gov>
**Cc:** Smith, Barbara - FNS <Barbara.Smith2@usda.gov>; Moss, Evan - FNS <evan.moss@usda.gov>
**Subject:** RE: WA: Follow-up from September Monthly Meeting 2025
**Importance:** High

Good morning,

Today is the day.

I am being asked if we can expect the remaining HR1 guidance to be released today (particularly interested in immigration guidance and the Thrifty Food Plan clarification).

We are also curious if we can expect a meeting today regarding next steps for Government Shutdown. Some specific questions we have are:

1. What eligibility actions **can** be taken during a GSD?
    1. Applications: We know we can't continue to issue benefits, but can we continue to process applications and hold benefit issuance, or do applications have to be denied?
    2. Ongoing eligibility: Can we process periodic reports and recertifications and hold benefit issuance, or must we allow cases to close and then process after the GSD is over. If so, are cases reinstated, without loss of benefit, if periodic reports or recertification applications are received timely?
2. We know we can't issue benefits **for** November, but can benefits be issued in November for previous months?
    1. Application received on 10/29. Could benefits for 10/29-10/31 be issued in November?
    2. Eligibility for a supplement for October 2025 is discovered 11/3. Can the supplement be issued?

Most respectfully,

**Sharon Hill-LaGuerre** (she/her/hers)
Food Programs and Policy Administrator
360-870-9316 | sharon.hill-laguerre@dshs.wa.gov

Community Services Division
Economic Services Administration
**Washington State Department**
**of Social and Health Services**

*We partner with people to access support, care, and resources.*

Follow DSHS online

---

**From:** Ingram, Ana - FNS <Ana.Ingram@usda.gov>
**Sent:** Friday, September 26, 2025 12:40 PM
**To:** Hill-Laguerre, Sharon (DSHS/ESA/CSD) <sharon.hill-laguerre@dshs.wa.gov>; Hensen, Joyce (DSHS/ESA/CSD) <joyce.hensen@dshs.wa.gov>
**Cc:** Smith, Barbara - FNS <Barbara.Smith2@usda.gov>; Moss, Evan - FNS <evan.moss@usda.gov>
**Subject:** WA: Follow-up from September Monthly Meeting 2025

**External Email**

Greetings WA Team,

Please see FNS status follow-up in response to your September monthly meeting questions. We are still awaiting guidance as we disclaimed in the meeting. We are tracking all questions and will respond as soon as we receive guidance.
Thank you for your continued patience.

| Status | Month | WA State Question | USDA RESOURCE LINKS FOR UPDATES | Response |
|---|---|---|---|---|
| Pending with National Office - Follow-up 9/24/25 | September | With the passage of HR1, we were wanting to confirm the following assumptions for SNAP activities performed on a reservation for residents of the reservation:<br>• Under the Tribal SNAP Demonstration project, that the waiver continues to allow 75% reimbursement through federal funds through the end of the waiver (June 2028).<br>• Confirmation that 7 CFR 281.9 continues to be 75% federal reimbursement for activities performed by the state agency.<br><br>If this changes, we'd like to prepare conversation with our tribes. Additionally, curious if FNS planned to do more formal consultation with tribes if that changes. | September 4 Memo<br>https://www.fns.usda.gov/snap/obbb-implementation | |
| Pending: Definitive answer possibly provided at the next Director's call tentative 29th or 30th | September | Government Shutdown Concerns<br>• This question was answered verbally but I am being asked for clarification in writing. | Director's call tentative 29th or 30th | |
| Pending NO Guidance//Vetted through QC. | September | Hold Harmless: Is the hold harmless period adjusted for the time required for system reprograming? 7 CFR 275.12(d)(2)(vii)(E) | September 4 Memo<br>https://www.fns.usda.gov/snap/obbb-implementation | |
| Pending NO Guidance | September | TFP:<br>• The COLA memo did not address the TFP cap so there is some misunderstanding about if and when it will go into effect. Is there a cap on benefit issuance? | September 4 Memo<br>https://www.fns.usda.gov/snap/obbb-implementation<br>COLA Memo | |

| | | | | |
|---|---|---|---|---|
| | | Is there a cap on the TFP figure used to calculate benefit amount? 7 CFR 273.10(e)(2)(ii)(A)(2). If the cap results in zero benefits 7 CFR 273.2(j)(4)(iii)(C), is the household eligible as a zero benefit household, or denied/terminated based on this new calculation method? | https://fns-prod.azureedge.us/sites/default/files/resource-files/snap-cola-fy26memo.pdf | |
| Pending NO Guidance//All ABAWD questions are also vetted through Brian and Pandora. | September | ABAWD: For newly non-exempt ABAWDs, can screening happen at the next recertification, or is there an expectation that new requirements will be imposed without screening for other exemptions? 7 CFR 273.24(k)? | September 4 Memo https://www.fns.usda.gov/snap/obbb-implementation | Awaiting guidance. Assuming next recert or change reporting but not sure. States should follow the most current guidance until new guidance is provided. The new requirements should not be imposed without screening for other exemptions (see 7 CFR 273.24(k)(1)). |
| Done. | September | ABAWD: Does our current ABAWD waiver continue through January 2026? If not, when will it end? If it ends early, will there be a hold harmless period for implementation? | | Yes, Washington's current waiver expires 1/31/26. We have no reason to believe that it will end early. If Washington plans on applying for a new waiver, WRO strongly recommends doing so as early as possible and factoring USDA Secretary's guidance into their planning. |
| Done. Vetted via Brian. | September | ABAWD: If a household has three adults and one of the adults is disabled and requires care, can both of the non-disabled adults be exempt from Work Registration for caring for the incapacitated individual? Or is that exemption limited to one person providing care? Example provided by state in notes on this cell. | September 4 Memo https://www.fns.usda.gov/snap/obbb-implementation | As per current guidance, if both adults are needed to care for a child or incapacitated individual, both would receive the exception. With that said, wouldn't the 2 adults be able to meet their work requirements while the care giver is there for 8 hours or while the other is caring for her? If yes, they shouldn't be given the exception. Again, this is very specific to each situation and of course could change with the new guidance. |
| Pending NO Guidance | September | LIHEAP: Can it wait until next ER if the HH is already certified as eligible for conferred SUA? | August 29 Memo https://www.fns.usda.gov/snap/admin/energy-assistance-payments September 4 Memo https://www.fns.usda.gov/snap/obbb-implementation | - |
| Pending NO Guidance | September | Immigration: How do Cuban Haitian Entrants differ from Cubans and Haitians who entered under CHNV? What is the determining factor? | June 29 Memo https://www.fns.usda.gov/snap/admin/energy-assistance-payments September 4 Memo https://www.fns.usda.gov/snap/obbb-implementation | - |
| Pending NO Guidance | September | Immigration: Is there still a population that is excluded from SNAP due to the five-year bar, or are all LPRs eligible from the date they attain that status? | September 4 Memo https://www.fns.usda.gov/snap/obbb-implementation | |
| Pending NO Guidance Q&A Hold and Harmless as part of OBBB Memo | September | Added Question -- When there are QC Errors – Clients have to incur that overpayment. HR1 happened work thru implementation would look like. Effective 7/4… Would the clients be responsible for any overpayments that incurred during this period? | September 4 Memo https://www.fns.usda.gov/snap/obbb-implementation | - |

Very respectfully,
Ana

Ana Ingram
Program Specialist
Supplemental Nutrition Assistance Program
Western Regional Office

Food and Nutrition Service
90 Seventh Street, Suite 10-300
San Francisco, CA 94103
p: 415 407 8728

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.