DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KIRSTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Leanne.Hartmann@doj.oregon.gov
        Brian.S.Marshall@doj.oregon.gov
        kirsten.m.naito@doj.oregon.gov
        sara.delrubin@doj.oregon.gov
        derek.olson@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al.,<br><br>      Defendants. | Case No.   6:25-cv-02186-MTK<br><br>DECLARATION OF DEBRA STRANDRIGE |

## DECLARATION OF DEBRA STANDRIDGE

I, Debra Standridge, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of Wisconsin, and I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

### Personal Background and Qualifications

2. I am currently employed by the Wisconsin Department of Health Services (DHS) as the Deputy Secretary.

3. Wisconsin DHS exercises multiple roles in the protection and promotion of the health and safety of the people of Wisconsin, in an effort to foster economic prosperity and improve residents' quality of life. As the Deputy Secretary, I oversee the work of Wisconsin DHS including the Division of Medicaid Services, which administers the Supplemental Nutrition Assistance Program (SNAP) for the state of Wisconsin.

4. I make this declaration based on personal knowledge and on my review of information and records that are kept in the regular course of business gathered by Wisconsin DHS staff.

### SNAP in Wisconsin

5. SNAP, known in Wisconsin as FoodShare, is one of the programs administered by Wisconsin DHS and involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

6. SNAP is a key part of Wisconsin's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. In federal fiscal year 2025, an average of 688,942 people received SNAP benefits in Wisconsin each month, including approximately 270,000 children and 110,000 individuals over the age of 60. On average, SNAP

1

benefits in Wisconsin are $168 per person per month and $304 per household per month. During the federal fiscal 2025, Wisconsin DHS issued approximately $114,000,000 per month in SNAP benefits in Wisconsin.

7. Wisconsin DHS administers the SNAP program in Wisconsin pursuant to Wis. Stat. § 49.79 and Wis. Stat. § 49.797. Pursuant to federal law, Wisconsin DHS administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Wisconsin, though Wisconsin and the federal government split administrative costs. 7 U.S.C. § 2025(a).

8. Consistent with federal law, Wisconsin DHS administers SNAP benefits to non-citizens who are eligible for SNAP by statute.

### Public Law 119-21 (the One Big Beautiful Bill Act of 2025)

9. On July 4, 2025, President Donald J. Trump signed into law Public Law 119-21, the One Big Beautiful Bill Act of 2025 (OBBB).

10. Section 10108 of the OBBB, titled "Alien SNAP Eligibility," made changes to the eligibility of certain categories of non-citizens for SNAP benefits, amending section 6(f) of the Food and Nutrition Act of 2008, 7 U.S.C. 2015(f).

### USDA's October 31, 2025, SNAP Guidance

11. On October 31, 2025, USDA issued guidance ("the Guidance"), which purports to explain the changes to non-citizens' eligibility for SNAP benefits required by Section 10108 of Public Law 119-21.

12. USDA emailed Wisconsin DHS the Guidance on October 31, 2025.

13. Wisconsin DHS staff reviewed the Guidance and 7 U.S.C. 2015(f), as amended by the OBBB. It is Wisconsin DHS's understanding that the Guidance is inconsistent with other laws and regulations regarding SNAP eligibility that we understand to be unchanged by the OBBB.

### Implementation of the OBBB and the Guidance by Wisconsin DHS

14. Currently, during the application process applicant households are asked for detailed information about their immigration status, including but not limited to where they were born, when they entered the United States, what their immigration status is, when it was granted, the type of documentation they have, and their USCIS registration number. For applicants who submit a written application prior to their required SNAP interview, they have an opportunity to provide this information via Wisconsin's paper application or online application. During the required SNAP interview, applicants are also asked to provide any information not previously provided. Members often also furnish immigration documents as part of their online application or directly to their eligibility worker.

15. During the SNAP interview, eligibility workers record the detailed information described above in CARES, Wisconsin's integrated eligibility system. If the applicant is also applying for Medicaid, the information in CARES is used to verify status via the Federal Data Services Hub (FDSH) data exchange with USCIS. This data exchange, if successful, automatically updates the applicant's immigration status information in CARES and marks it as verified. If the applicant is applying only for SNAP, the eligibility worker will verify the applicant's status directly through the Systematic Alien Verification for Entitlements (SAVE) website and record the results in CARES.

16.    Wisconsin has invested significant resources over the years to develop systems and processes that support timely and accurate determinations of eligibility for non-citizens. Our system is particularly complex given that CARES is an integrated eligibility system for SNAP, Medicaid, CHIP, TANF and Child Care assistance. To ensure correct eligibility determinations for non-citizens across all of these programs, CARES has been automated to evaluate current and previous registration statuses, entrance date, and other data from FDSH and SAVE, and then determine eligibility based on each program's rules for non-citizens. When the federal rules for non-citizens in a given program change, these detailed automated processes must be updated and thoroughly tested. We must also spend systems resources to develop and/or update and issue formal communication to applicants and members that reflects the change. Outside of our work to update CARES, Wisconsin DHS must update its policy handbooks, worker process documents, and the comprehensive desk aids we have developed to help eligibility workers interpret immigration status information. We must change our worker training modules, revise internal and external reports, and update member-facing publications and websites. We must also create new informational resources for the many community partners who assist Wisconsin residents in applying for and maintaining their SNAP benefits.

17.    In July 2025, following the passage of the OBBB, Wisconsin DHS began to plan for the implementation of the OBBB's changes to non-citizen eligibility for SNAP. DHS leaders met immediately following the bill's passage and assigned staff to analyze the text of the bill and its impact on existing SNAP policy for non-citizens. Wisconsin DHS' subject matter experts met weekly to develop a written analysis of the new provisions and its impacts, and they worked during August, September and October to develop an implementation plan for the changes as

outlined in the federal law. However, Wisconsin DHS could not finalize its business rules, systems changes or implementation steps without guidance from USDA.

18.  On September 4, 2025, the USDA sent all SNAP state agencies a letter regarding SNAP-related OBBB provisions, which stated that "detailed guidance on implementation of these provisions is generally forthcoming *by September 30*, unless specified otherwise." The information provided for Section 10108 did not specify a date for guidance; it only noted that the "provision makes changes to non-citizen eligibility for SNAP" and "[f]further guidance is forthcoming." State agencies did not receive the Guidance for Section 10108 until October 31st.

19.  The September 4th letter also stated that the USDA will only hold states harmless for quality control purposes for 120 days from the implementation date of the relevant provision of the OBBB, but it did not include an effective date for Section 10108. It was not until the USDA issued the Guidance on October 31st that it specified the 120-day hold harmless "exclusionary period"—that is, the period of time during which errors do not count towards a state's error rate, will end on November 1, 2025, the following day.

### Impact of the Guidance on Wisconsin and Wisconsin DHS

20.  The Guidance has caused significant confusion and administrative difficulties for Wisconsin DHS, disrupting our efforts to implement the OBBB's changes to non-citizen SNAP eligibility. The USDA has unreasonably required Wisconsin DHS to implement complex eligibility requirements with incomplete, and potentially inaccurate, guidance, while also providing an inadequate exclusionary period. Wisconsin DHS now must determine how it will implement policy that potentially restricts eligibility for SNAP benefits, which could be devastating to the non-citizen populations that rely on food and nutrition benefits. Further, we are at risk of potentially significant financial harm if USDA believes there are "errors" with how Wisconsin DHS implements the policy.

21. As described above, Wisconsin DHS has already invested significant time and staff resources into planning for implementation of the changes to non-citizen SNAP eligibility made by the OBBB. The Guidance will increase the costs required to implement the changes required by OBBB. Specifically, our already accelerated policy implementation timelines will be even more compressed as we wait for clarification of the policies set out in the Guidance. We will also need to revisit and revise the analysis and implementation plan that has already been developed. This rework and the short timeframe on which it needs to happen will demand time of staff and vendors, and it will divert their attention from other important priorities. Wisconsin DHS has and will continue to spend staff time on communicating with external partners about the changes that are anticipated, as the Guidance has prompted numerous questions and concerns from these partners.

22. The Guidance elevates the risk that Wisconsin will potentially face massive financial penalties due to inadvertent noncompliance with OBBB and/or the Guidance. Section 10105 of the OBBB created a new set of penalties for States tied to their payment error rates. As mentioned above, the Guidance stated that the exclusionary period ended only one day after the Guidance was issued. Historically, there are more errors as agencies figure out how to implement a new policy. Thus, the USDA may attempt to count any so-called "errors" stemming from the Guidance as part of Wisconsin's error rate, increasing the risk that we may have to pay financially ruinous penalties.

23. Wisconsin DHS's understanding of the Guidance is that it excludes certain categories of non-citizens from SNAP who appear to be eligible under the OBBB and other eligibility requirements that were unchanged by the OBBB. Under the Guidance, non-citizens

within Wisconsin may be unlawfully excluded from SNAP. This will harm Wisconsin and Wisconsin DHS.

24. The loss of SNAP benefits will likely result in greater need and requests for other food assistance in Wisconsin including food pantries and food banks.

25. The lack of clarity regarding non-citizen eligibility caused by the Guidance may significantly erode trust between Wisconsin and its residents. To properly effectuate its safety net programs, Wisconsin DHS has devoted years of work to overcome stigma, misinformation, and other barriers to access, particularly among immigrant communities. If households experience uncertainty in receiving crucial benefits, they are likely to feel that we have failed or engaged in wrongdoing. SNAP benefits directly fund one of the most crucial basic human needs: access to food. Failure to deliver on that basic need as promised is a deep violation of residents' trust.

26. Furthermore, loss of trust among Wisconsin residents may lead to a chilling effect among various immigrant communities, leading to decreased SNAP enrollments, which in turn will cause irreparable long-term harm and costs to the State in the form of increased healthcare and safety net costs. Wisconsin DHS will likely need to expend administrative resources to manage communications and rebuild trust.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of November 2025, in New Berlin, Wisconsin.

Debra K. Standridge
Deputy Secretary
Wisconsin Department of Health Services

## CERTIFICATE OF SERVICE

      I certify that on November 26, 2025, I served the foregoing upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Susanne Luse<br>Assistant United States Attorneys<br>U.S. Attorney's Office for the District of Oregon<br>1000 SW Third Ave. Suite 600<br>Portland, OR 97204 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-SERVE<br>_X_ E-MAIL<br>susanne.luse@usdoj.gov |

      *s/ Leanne Hartmann*
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KRISTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
kirsten.m.naito@doj.oregon.gov
sara.delrubin@doj.oregon.gov
derek.olson@doj.oregon.gov

*Counsel for the State of Oregon*

Page 1 -   CERTIFICATE OF SERVICE
LH5/om1/1002822308

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000