DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KIRSTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Leanne.Hartmann@doj.oregon.gov
        Brian.S.Marshall@doj.oregon.gov
        kirsten.m.naito@doj.oregon.gov
        sara.delrubin@doj.oregon.gov
        derek.olson@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK, et al., | Case No.  6:25-cv-02186-MTK |
| Plaintiffs, | |
| v. | AFFIDAVIT OF SERVICE |
| BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al., | |
| Defendants. | |

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

## AFFIDAVIT OF SERVICE

I hereby depose and swear as follows:

      1.      I am an Office Specialist in the Oregon Department of Justice. I am over the age of eighteen.

      2.      Plaintiff State of Oregon received summonses (Dkt. No. 3) directed to defendants Brooke Rollins, Secretary of the Department of Agriculture, and the U.S. Department of Agriculture on November 26, 2025.

      3.      Also on November 26, 2025, I hand-delivered copies of the summonses described in the preceding paragraph, along with copies of the following documents:

        a.   Complaint and accompanying exhibits (Dkt. Nos. 1, 1-1, and 1-2),

        b.   Civil Cover Sheet (Dkt. No. 1-4),

        c.   Proposed Summonses (Dkt. No. 1-3), and

        d.   Notice of Case Assignment and Scheduling Order (Dkt. No. 2),

to the front desk of the Office of the United States Attorney for the District of Oregon at 1000 SW Third Ave. Suite 600, Portland, Oregon, to the attention of Assistant United States Attorney Susanne Luse, Chief of the Civil Division, as set forth in Fed. R. Civ. P. 4(i)(1)(A)(i).

//

//

//

//

//

//

//

//

//

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

4.    On November 26, 2025, I also caused the documents listed above to be sent to the following via USPS certified mail:

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Brooke Rollins, Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

MEGAN GRIFFIN
Office Specialist 1

STATE OF OREGON        )
                                       ) ss.
County of Multnomah     )


SUBSCRIBED AND SWORN to before me this 2 6th day of November, 2025.

Notary Public for Oregon
My Commission Expires:  July 06 2029



OFFICIAL STAMP
HUNG HOANG LE
NOTARY PUBLIC - OREGON
COMMISSION NO. 1059678
MY COMMISSION EXPIRES JULY 06, 2029

Page 3 -    AFFIDAVIT OF SERVICE
LH5/om1/1006071310