JEFF JACKSON
Attorney General for the State of North Carolina
DANIEL P. MOSTELLER
Associate Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6026
Email:  dmosteller@ncdoj.gov

*Attorney for the State of North Carolina*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                             *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>                             *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for Plaintiff the State of North Carolina in this case.

DATED: December 1, 2025

    Respectfully submitted,

*s/ Daniel P. Mosteller*

DANIEL P. MOSTELLER
Associate Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6026
Email: dmosteller@ncdoj.gov

*Attorney for the State of North Carolina*