DANA NESSEL
Attorney General for the State of Michigan
Daniel J. Ping (MI Bar No. P81482)
Neil Giovantti (MI Bar No. P82305)
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
Telephone: (517) 335-7603
Email: PingD@michigan.gov
       GiovanattiN@michigan.gov

*Attorneys for the State of Michigan*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>                *Plaintiffs,*<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>                *Defendants.* | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

    Please take notice that the undersigned is counsel of record for Plaintiff the State of Michigan in this case.

DATED: December 1, 2025

                Respectfully submitted.

                */s/ Neil Giovanatti*
                Neil Giovanatti (MI Bar No. P82305)
                Assistant Attorney General
                Michigan Department of Attorney General
                525 W. Ottawa Street
                Lansing, MI 48909
                Telephone: (517) 335-7603
                Email: GiovanattiN@michigan.gov

                *Attorney for the State of Michigan*