**AARON D. FORD**
  Attorney General for the State of Nevada
K. Brunetti Ireland
  Chief of Special Litigation
Nevada Bar No. 15368
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Fax: (702) 486-3768
Email: kireland@ag.nv.gov

*Attorneys for the State of Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al*., ,<br><br>          *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, *et al*.,<br><br>          *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned is counsel of record for Plaintiff State of Nevada in this case.

DATED: December 1, 2025

                                               Respectfully submitted.

                                               *s/ K. Brunetti Ireland*

AARON D. FORD
  Attorney General for the State of Nevada
K. Brunetti Ireland
  Chief of Special Litigation
Nevada Bar No. 15368
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Fax: (702) 486-3768
Email: kireland@ag.nv.gov

*Attorneys for the State of Nevada*