LETITIA JAMES
Attorney General for the State of New York
MOLLY THOMAS-JENSEN
Special Counsel
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: 212-416-8679
Email: molly.thomas-jensen@ag.ny.gov

*Attorney for the State of New York*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>                              *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff the State of New York in this case.

DATED: December 1, 2025

                                            Respectfully submitted,

                                            *s/ Molly Thomas-Jensen*

                                            LETITIA JAMES
                                            Attorney General for the State of New York
                                            MOLLY THOMAS-JENSEN
                                            Special Counsel
                                            Office of the New York State Attorney General
                                            28 Liberty Street
                                            New York, NY 10005
                                            Telephone: 212-416-8679
                                            Email: molly.thomas-jensen@ag.ny.gov

                                            *Attorney for the State of New York*