LETITIA JAMES
Attorney General for the State of New York
Jessica Ranucci
Special Counsel
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: 929-736-3392
Email: jessica.ranucci@ag.ny.gov

*Attorney for the State of New York*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                    *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>                    *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff the State of New York in this case.

DATED: December 1, 2025

                Respectfully submitted,

                <u>s/ Jessica Ranucci</u>

                LETITIA JAMES
                Attorney General for the State of New York
                JESSICA RANUCCI
                Special Counsel
                Office of the New York State Attorney General
                28 Liberty Street
                New York, NY 10005
                Telephone: 929-736-3392
                Email: jessica.ranucci@ag.ny.gov

                *Attorney for the State of New York*