LETITIA JAMES
Attorney General for the State of New York
Rabia Muqaddam
Chief Counsel for Federal Initiatives
New York Office of the Attorney General
28 Liberty Street
New York, NY
Telephone: (212) 416-8883
Email: rabia.muqaddam@ag.ny.gov

*Attorney for the State of New York*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>                              *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that the undersigned is counsel of record for Plaintiff the State of New York in this case.

DATED: December 1, 2025

Respectfully submitted,

*s/ Rabia Muqaddam*

LETITIA JAMES
Attorney General for the State of New York
Rabia Muqaddam
Chief Counsel for Federal Initiatives
New York Office of the Attorney General
28 Liberty Street
New York, NY
Telephone: (212) 416-8883
Email:  rabia.muqaddam@ag.ny.gov

*Attorney for the State of New York*