LETITIA JAMES
Attorney General for the State of New York
GINA BULL
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: 646-574-2180
Email: gina.bull@ag.ny.gov

*Attorney for the State of New York*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>    *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff the State of New York in this case.

DATED: December 1, 2025

                    Respectfully submitted,

                    *s/ Gina Bull*_____

LETITIA JAMES
Attorney General for the State of New York
GINA BULL
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: 646-574-2180
Email: gina.bull@ag.ny.gov

*Attorney for the State of New York*