DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KIRSTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Leanne.Hartmann@doj.oregon.gov
            Brian.S.Marshall@doj.oregon.gov
            kirsten.m.naito@doj.oregon.gov
            sara.delrubin@doj.oregon.gov
            derek.olson@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al.,<br><br>    Defendants. | Case No.  6:25-cv-02186-MTK<br><br>CERTIFICATE OF SERVICE |

Page 1 -   CERTIFICATE OF SERVICE
           LH5/om1/1006140318

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

## CERTIFICATE OF SERVICE

I certify that on November 26, 2025, in addition to sending the documents listed below by e-mail to Assistant United States Attorney Susanne Luse at the U.S. Attorney's Office for the District of Oregon, I also caused them to be sent via USPS first-class mail. The documents mailed are:

1. Plaintiff States' Motion for Preliminary Injunction (Dkt. No. 4);
2. Declaration of Wendy DeMarco (NY) (Dkt. No. 5);
3. Declaration of Jessica Amaya Hoffman (OR) (Dkt. No. 6);
4. Declaration of Abby McClelland (CO) (Dkt. No. 7);
5. Declaration of Peter Hadler (CT) (Dkt. No. 8);
6. Declaration of Thomas S. Hall (DE) (Dkt. No. 9);
7. Declaration of Brian Campbell (DC) (Dkt. No. 10);
8. Declaration of Scott Morishige (HI) (Dkt. No. 11);
9. Declaration of Kasey Reagan (IL) (Dkt. No. 12);
10. Declaration of Ian Yaffe (ME) (Dkt. No. 13);
11. Declaration of Rafael López (MD) (Dkt. No. 14);
12. Declaration of Michael Cole (MA) (Dkt. No. 15);
13. Declaration of Erin Firsch (MI) (Dkt. No. 16);
14. Declaration of Jovon Perry (MN) (Dkt. No. 17);
15. Declaration of Sarah Adelman (NJ) (Dkt. No. 18);
16. Declaration of Kari Armijo (NM) (Dkt. No. 19);
17. Declaration of Brian P. Hogan (NC) (Dkt. No. 20);
18. Declaration of Kimberly Merolla-Brito (RI) (Dkt. No. 21);
19. Declaration of Carla Reyes (WA) (Dkt. No. 22) and Attachments A-C thereto (Dkt. No. 22-1, 22-2, and 22-3); and
20. Declaration of Debra Standridge (WI) (Dkt. No. 23).

Page 2 -    CERTIFICATE OF SERVICE
LH5/om1/1006140318

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

I caused the documents listed above to be sent to the following addresses:

| | |
|---|---|
| Pamela Bondi<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | U.S. Department of Agriculture<br>1400 Independence Ave., S.W.<br>Washington, DC 20250 |
| Brooke Rollins, Secretary of Agriculture<br>U.S. Department of Agriculture<br>1400 Independence Ave., S.W.<br>Washington, DC 20250 | U.S. Attorney's Office, District of Oregon<br>Susanne Luse, Assistant United State Attorney<br>1000 SW Third Ave., Suite 600<br>Portland, OR 97204 |

DATED December  1 , 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General
State of Oregon

 s/ Leanne  Hartmann
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KIRSTEN NAITO # 114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Leanne.Hartmann@doj.oregon.gov
Brian.S.Marshall@doj.oregon.gov
Kristen.Naito@doj.oregon.gov
Sara.DelRubin@doj.oregon.gov
Derek.Olson@doj.oregon.gov

*Counsel for Plaintiff State of Oregon*

Page 3 -    CERTIFICATE OF SERVICE
          LH5/om1/1006140318

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000