KATHLEEN JENNINGS
Attorney General for the State of Delaware
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
Tel.: (302) 683-8800
Fax: (302) 577-6499
Emails: ian.liston@delaware.gov
　　　　vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned are counsel of record for Plaintiff State of Delaware in this case.

DATED: December 2, 2025

                                                  Respectfully submitted,

*s/ Vanessa L. Kassab*
IAN R. LISTON
VANESSA L. KASSAB
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8800
ian.liston@delaware.gov
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*