**WILLIAM TONG**
Attorney General for the State of Connecticut
Patricia McCooey
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT  06106
Telephone: (860) 808-5210
Fax: (860) 808-5385
Email:  patricia.mccooey@ct.gov

*Attorney for the State of Connecticut*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*, <br><br> *Defendants*. | Case No. 6:25-cv-02186-MTK <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff the State of Connecticut in this case.

DATED: December 2, 2025

        Respectfully submitted,

        <u>s/ Patricia McCooey</u>

        WILLIAM TONG
        Attorney General for the State of Connecticut
        Patricia McCooey
        Assistant Attorney General
        Connecticut Bar No. 13425
        Office of the Attorney General
        165 Capitol Avenue
        Hartford, CT  06106
        Telephone: (860) 808-5210
        Fax: (860) 808-5385
        Email:  patricia.mccooey@ct.gov

        *Attorney for the State of Connecticut*