KWAME RAOUL
Attorney General for the State of Illinois
Alice Riechers
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: 773-758-4609
Fax: 312-814-4452
Email:  alice.riechers@ilag.gov

*Attorneys for the State of Illinois*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*, <br><br> *Defendants*. | Case No. 6:25-cv-02186-MTK <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff, State of Illinois, in this case.

DATED: December 2, 2025

    Respectfully submitted,

s/ Alice Riechers

Kwame Raoul
Attorney General for the State of Illinois
Alice Riechers
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: 773-758-4609
Fax: 312-814-4452
Email: alice.riechers@ilag.gov

*Attorney for the State of Illinois*