KWAME RAOUL
Attorney General for the State of Illinois
Katharine Roller
Complex Litigation Counsel
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: 773-519-1842
Fax: 312-814-4452
Email:  Katharine.roller@ilag.gov

*Attorneys for the State of Illinois*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>　　　　　　　　*Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

Page 1 -   NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff, State of Illinois, in this case.

DATED: December 2, 2025

    Respectfully submitted,

<u>s/ Katharine Roller</u>

Kwame Raoul
Attorney General for the State of Illinois
Katharine Roller
Complex Litigation Counsel
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: 773-519-1842
Fax: 312-814-4452
Email:  Katharine.roller@ilag.gov

*Attorney for the State of Illinois*