IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, *et al.*,<br><br>  Defendants. | Case No. 6:25-cv-02186-MTK |

## NOTICE OF APPEARANCE

Please enter the appearance of Michelle Pascucci as counsel for plaintiff the Commonwealth of Massachusetts in the above-captioned matter.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS

By and through its Attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Michelle R. Pascucci*
Michelle R. Pascucci (BBO No. 690889)
State Trial Counsel
One Ashburton Place
Boston, Massachusetts 02108
Ph. (617) 963-2255
Michelle.Pascucci@mass.gov

Dated: December 2, 2025

1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

                                                      */s/ Michelle R. Pascucci*
                                                      Michelle R. Pascucci