Raùl Torrez
Attorney General for the State of New Mexico
Lauren Perry
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
Telephone: (505) 270-4332
Facsimile: (505) 490-4883
lperry@nmdoj.gov

*Attorneys for the State of New Mexico*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| STATE OF NEW YORK, *et al.*, | Case No. 6:25-cv-02186-MTK |
|---|---|
| *Plaintiffs*, | |
| v. | **NOTICE OF APPEARANCE** |
| BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*, | |
| *Defendants*. | |

Page 1 -   NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff the State of New Mexico in this case.

DATED: December 2, 2025

                                                Respectfully submitted,

**RAÙL TORREZ**
**Attorney General of the State of New Mexico**

By: */s/ Lauren Perry*
Lauren Perry
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
Telephone: (505) 270-4332
Facsimile: (505) 490-4883
lperry@nmdoj.gov

*Counsel for the State of New Mexico*