ANNE E. LOPEZ
Attorney General of the State of Hawai'i
Kaliko'onālani D. Fernandes
*Solicitor General of the State of Hawai'i*
David D. Day
*Special Assistant to the Attorney General*
Department of the Attorney General,
  State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel:  (808) 586-1360
E-mail:  kaliko.d.fernandes@hawaii.gov
           david.d.day@hawaii.gov

*Attorneys for the State of Hawai'i*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                     *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>                     *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

Page 1 -   NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that the undersigned are counsel of record for Plaintiff the State of Hawaiʻi in this case.

DATED: December 2, 2025

                                                Respectfully submitted,

                                                *s/ Kalikoʻonālani D. Fernandes*

KALIKOʻONĀLANI D. FERNANDES
DAVID D. DAY
Department of the Attorney General,
 State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
david.d.day@hawaii.gov

*Attorneys for the State of Hawaiʻi*

Page 2 -   NOTICE OF APPEARANCE