**PHILIP J. WEISER**
Attorney General
State of Colorado
Tanya E. Wheeler, CO Reg. No. 37089
Assistant Chief Deputy Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Tanja.Wheeler@coag.gov

*Attorney for Plaintiff State of Colorado*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>*Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for State of Colorado in this case.

DATED: December 2, 2025

    Respectfully submitted.

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Tanya E. Wheeler*
Tanya E. Wheeler, CO Reg. No. 37089
Assistant Chief Deputy Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Tanja.Wheeler@coag.gov

*Attorney for Plaintiff State of Colorado*