**PHILIP J. WEISER**
Attorney General
State of Colorado
David Moskowitz, CO Reg. No. 61336
Deputy Solicitor General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
David.Moskowitz@coag.gov

*Attorney for Plaintiff State of Colorado*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>*Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

# NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for State of Colorado in this case.

DATED: December 2, 2025

                                              Respectfully submitted.

                                              **PHILIP J. WEISER**
                                              Attorney General
                                              State of Colorado

                                              */s/ David Moskowitz*
                                              David Moskowitz, CO Reg. No. 61336
                                              Deputy Solicitor General
                                              Colorado Department of Law
                                              Ralph L. Carr Judicial Center
                                              1300 Broadway, 10th Floor
                                              Denver, CO 80203
                                              Phone: (720) 508-6000
                                              David.Moskowitz@coag.gov

                                              *Attorney for Plaintiff State of Colorado*