CHARITY R. CLARK
Attorney General for the State of Vermont
RYAN P. KANE
Deputy Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3171
Email: ryan.kane@vermont.gov

*Attorneys for the State of Vermont*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>     *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Vermont in this case.

DATED: December 3, 2025

                                              Respectfully submitted,

                                              *s/ Ryan P. Kane*

CHARITY R. CLARK
Attorney General for the State of Vermont
RYAN P. KANE
Deputy Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3171
Email: ryan.kane@vermont.gov

*Attorney for the State of Vermont*