KEITH ELLISON
Attorney General for the State of Minnesota
JOSEPH R. RICHIE
Special Counsel
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN  55101-2125
Telephone:  (651) 300-0921
Fax:  (651) 282-5832
Email:  Joseph.Richie@ag.state.mn.us

*Attorneys for the State of Minnesota*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>　　　　　　　*Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

### **NOTICE OF APPEARANCE**

　　Please take notice that the undersigned is counsel of record for Plaintiff State of Minnesota in this case.

Page 1 -    NOTICE OF APPEARANCE

                                      Respectfully submitted,

DATED: December 3, 2025            <u>*s/ Joseph Richie*</u>

                                      KEITH ELLISON
                                      Attorney General for the State of Minnesota

                                      JOSEPH RICHIE
                                      Special Counsel
                                      445 Minnesota Street, Suite 600
                                      St. Paul, Minnesota 55101-2125
                                      (651) 300-0921 (Voice)
                                      (651) 282-5832 (Fax)
                                      Joseph.Richie@ag.state.mn.us

                                      *Attorney for the State of Minnesota*

Page 2 -   NOTICE OF APPEARANCE