JOSHUA L. KAUL
Attorney General for the State of Wisconsin
KARLA Z. KECKHAVER
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6365
(608) 294-2907 (Fax)
karla.keckhaver@wisdoj.gov

*Attorneys for the State of Wisconsin*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>     *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Wisconsin in this case.

DATED: December 3, 2025

        Respectfully submitted,

        JOSHUA L. KAUL
        Attorney General for the State of Wisconsin

        *s/ Karla Z. Keckhaver*
        KARLA Z. KECKHAVER
        Assistant Attorney General
        Wisconsin Department of Justice
        Post Office Box 7857
        Madison, Wisconsin 53707-7857
        (608) 264-6365
        (608) 294-2907 (Fax)
        karla.keckhaver@wisdoj.gov

        *Attorneys for the State of Wisconsin*