Aaron M. Frey
Attorney General for the State of Maine
Brendan Kreckel
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Telephone: (207) 626-8800
Fax: (207) 626-8563
Email:  brendan.kreckel@maine.gov

*Attorneys for the State of Maine*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>                *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Maine in this case.

DATED: December 3, 2025

        Respectfully submitted,

        */s/ Brendan Kreckel*

        Aaron M. Frey
        Attorney General for the State of Maine
        Brendan Kreckel
        Assistant Attorney General
        Office of the Attorney General
        6 State House Station
        Augusta, ME 04333
        Telephone: (207) 626-8800
        Fax: (207) 626-8563
        Email: brendan.kreckel@maine.gov

        *Attorney for the State of Maine*