NICHOLAS W. BROWN
Attorney General for the State of Washington
NIYA S. TAWACHI
Assistant Attorney General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Telephone: 360-586-6305
Fax: 360-664-2963
Email:  niya.tawachi@atg.wa.gov

*Attorney for the State of Washington*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*, <br><br> *Defendants*. | Case No. 6:25-cv-02186-MTK <br><br> **NOTICE OF APPEARANCE** |

Page 1 -   NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff the State of Washington in this case.

DATED: December 3, 2025

                                                  Respectfully submitted,

                                                  *s/ Niya S. Tawachi*
NIYA S. TAWACHI
Assistant Attorney General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Telephone: 360-586-6305
Fax: 360-664-2963
Email: niya.tawachi@atg.wa.gov

*Attorney for the State of Washington*