**ROB BONTA**
Attorney General of California
MARISSA MALOUFF (CA Bar No. 316046)
Supervising Deputy Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6467
E-mail: Marissa.Malouff@doj.ca.gov
*Attorney for the State of California*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>       *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

Page 1 -   NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel for Plaintiff the State of California in this case.

DATED: December 3, 2025

> Respectfully submitted,
>
> */s/ Marissa Malouff*
>
> **ROB BONTA**
> Attorney General of California
> MARISSA MALOUFF (CA Bar No. 316046)
> Supervising Deputy Attorney General
> 300 S. Spring Street, Suite 1702
> Los Angeles, CA 90013
> Telephone: (213) 269-6467
> E-mail: Marissa.Malouff@doj.ca.gov
>
> *Attorney for the State of California*