Aaron M. Frey  
Attorney General for the State of Maine  
Kristin Trabucchi  
Assistant Attorney General  
Office of the Attorney General  
6 State House Station  
Augusta, ME 04333-0006  
Telephone: 207-626-8800  
Fax: 207-626-8563  
Email: kristin.k.trabucchi@maine.gov  

*Attorneys for the State of Maine*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br>                          *Plaintiffs*, <br><br> v. <br><br> BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*, <br><br>                          *Defendants*. | Case No. 6:25-cv-02186-MTK <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Maine in this case.

DATED: December 3, 2025

Respectfully submitted,

Aaron M. Frey
Attorney General for the State of Maine
Kristin Trabucchi
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: 207-626-8800
Fax: 207-626-8563
Email: kristin.k.trabucchi@maine.gov

*Attorney for the State of Maine*