NICHOLAS W. BROWN
Attorney General for the State of Washington
WILLIAM MCGINTY
Deputy Solicitor General
Washington State Attorney General's Office
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Telephone: 360-709-6027
Fax: 360-664-2963
Email:  william.mcginty@atg.wa.gov

*Attorney for the State of Washington*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>    *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

Page 1 -   NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff the State of Washington in this case.

DATED: December 4, 2025

        Respectfully submitted,

        *s/ William McGinty*
        WILLIAM MCGINTY
        Deputy Solicitor General
        Washington State Attorney General's Office
        1125 Washington Street SE
        PO Box 40100
        Olympia, WA 98504-0100
        Telephone: 360-709-6027
        Fax: 360-664-2963
        Email:  william.mcginty@atg.wa.gov

        *Attorney for the State of Washington*