PETER F. NERONHA
Attorney General for the State of Rhode Island
Marissa D. Pizaña (#10468)
Special Assistant Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400 ext. 2055
Fax (401) 222-2995
mpizana@riag.ri.gov

*Attorneys for the State of Rhode Island*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                   *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>                   *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Rhode Island in this case.

DATED: December 5, 2025

      Respectfully submitted,

*s/ Marissa Pizaña*

PETER F. NERONHA
Attorney General for the State of Rhode Island

Marissa D. Pizaña (#10468)
Special Assistant Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400 ext. 2055
Fax (401) 222-2995
mpizana@riag.ri.gov

*Attorney for the State of Rhode Island*