ANTHONY G. BROWN
Attorney General for the State of Maryland
Yasmin Dagne
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone: 410-223-1580
Email: ydagne@oag.state.md.us

*Attorneys for the State of Maryland*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>　　　　　　　*Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

Page 1 -   NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Maryland in this case.

DATED: December 8, 2025

                                                Respectfully submitted,

                                                *s/ Yasmin Dagne*

                                                ANTHONY G. BROWN
                                                Attorney General for the State of Maryland
                                                Yasmin Dagne
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                200 Saint Paul Place, 20th Floor
                                                Baltimore, Maryland 21202
                                                Telephone: 410-223-1580
                                                Email: ydagne@oag.state.md.us

                                                *Attorney for the State of Maryland*