BRIAN L. SCHWALB
Attorney General for the District of Columbia
MITCHELL P. REICH
Senior Counsel to the Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Attorney for the District of Columbia*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>                *Plaintiffs*,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the Department of Agriculture, *et al.*,<br><br>                *Defendants*. | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff the District of Columbia in this case.

DATED: December 9, 2025

                              Respectfully submitted,

                              *s/ Mitchell P. Reich*

                              MITCHELL P. REICH
                              Senior Counsel to the Attorney General
                              Office of the Attorney General for the District of Columbia
                              400 Sixth Street, NW
                              Washington, D.C. 20001
                              (202) 279-1261
                              mitchell.reich@dc.gov

                              *Attorney for the District of Columbia*