IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

STATE OF NEW YORK, *et al.*,

        Plaintiffs,

  v.

BROOKE ROLLINS, in her official capacity, *et al.*,

        Defendants.

No. 6:25-cv-02186-MTK

**DEFENDANTS' MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, TO FILE THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Defendants, by and through undersigned counsel, respectfully move, *nunc pro tunc*, to extend the time to file their opposition to Plaintiffs' motion for a preliminary injunction to 10:27 a.m. PST on December 11, 2025. This motion is made in good faith and with good cause.

Undersigned counsel for the Defendants conferred with Plaintiffs' counsel pursuant to Local Civ. R 7-1(a). Plaintiffs state that they consent to this motion to extend.

Pursuant to this Court's scheduling order, Defendants' opposition to Plaintiffs' motion for a preliminary injunction was due by 11:59 p.m. PST on December 10, 2025.

During the final stages of preparing their papers, counsel for the Defendants in this case discovered that he lacked e-filing access in the District of Oregon. Undersigned Counsel, an attorney with the U.S. Department of Justice, requested e-filing access using PACER as a Federal Attorney just after noon EST on December 10, 2025. Counsel was notified a few hours later that

1

his application had been "processed," which Counsel erroneously believed to mean his e-filing privileges had been granted. Exhibit A. Counsel did not discover that he lacked e-filing access until very close before the filing deadline while attempting to access PACER to file Defendants' opposition to Plaintiffs' motion for a preliminary injunction. Counsel's access had been denied because of a failure to "list a state bar to which [he is] an active member." Exhibit A. PACER does not require that information for Federal Attorneys to submit a request for e-filing access in federal district court. While Counsel does not recall placing bar information when requesting e-filing access as a Federal Attorney in any other federal court, he will do so in the future. In any event, Counsel submitted a new e-filing request with his state bar admission and has now been granted access.

Given the inability to e-file and with respect for the Court's deadline and Plaintiffs' short reply deadline, Undersigned Counsel emailed the completed brief to the Court's e-filing assistance email address, ecf-cso@ord.uscourts.gov, at 11:59 p.m. PST on December 10, 2025, describing the problems Counsel had with e-filing. Exhibit B.[1] Counsel also served the Defendants' opposition brief on Plaintiffs by email at 12:18 a.m. on December 11. Exhibit C.

Counsel ultimately e-filed Defendants' opposition to Plaintiffs' motion for a preliminary injunction at 10:27 a.m. PST on December 11, 2025 after obtaining e-filing access and discussing with the Clerk's Office. ECF No. 57.

Counsel for the Defendants sincerely apologize to the Court, the Plaintiffs, and Plaintiffs' counsel for this delay and request that the Court grant this motion.

---

[1] The time on Counsel's email is in EST, not PST, because Counsel is headquartered in Washington, DC.

Dated: December 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

MICHAEL VELCHIK
Senior Counsel to the Assistant Attorney General

/s/ *Tyler J. Becker*
TYLER J. BECKER (D.C. Bar No. 90007283)
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave.
Washington, DC 20530
Tel: (202) 514-4052
Email: tyler.becker@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2025, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Oregon using the CM/ECF filing system.

/s/ *Tyler J. Becker*
TYLER J. BECKER (D.C. Bar No. 90007283)
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave.
Washington, DC 20530
Tel: (202) 514-4052
Email: tyler.becker@usdoj.gov

*Attorney for Defendants*
