# Exhibit A

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Becker, Tyler (CIV) |
| **Subject:** | [EXTERNAL] NextGen CM/ECF Registration Status |
| **Date:** | Wednesday, December 10, 2025 2:48:07 PM |

This email is notification that your NextGen CM/ECF electronic filing registration has been processed.  You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

  Account Number: 7195682
  Court: OREGON DISTRICT COURT
  Date/Time Submitted: 12/10/2025 11:26:14 CST
  Transaction ID: 35422
  Request: Registration
  Transaction Status: Rejected
  Comment: Your application for special admission as a government attorney to the District of Oregon has been rejected because you did not list a state bar to which you are an active member. To apply for government admission, applicants must list a state bar to which they are admitted. Instructions are available at ord.uscourts.gov/admissions.

NOTE: Please do not reply to this message.  This is an automated message sent from an unmonitored mailbox.  If you have questions or comments, please email them to ecf-cso@ord.uscourts.gov.