# Exhibit B

| | |
|---|---|
| **From:** | Becker, Tyler (CIV) |
| **To:** | "ecf-cso@ord.uscourts.gov" |
| **Date:** | Thursday, December 11, 2025 2:59:00 AM |
| **Attachments:** | NY v. Rollins Opp. Br. FINAL.pdf |

Please find the Government's opposition brief in the attached case. Apparently my e-file status was rejected for failing to provide a state bar number, but that is not required by CM/ECF. I can file the brief once I obtain e-filing access. Thank you.

**Tyler Becker**
Counsel to the Assistant Attorney General
U.S. Department of Justice | Civil Division
Cell: (202) 826-9717