# Exhibit C

| | |
|---|---|
| **From:** | Becker, Tyler (CIV) |
| **To:** | gina.bull@ag.ny.gov; jessica.ranucci@ag.ny.gov; molly.thomas-jensen@ag.ny.gov; rabia.muqaddam@ag.ny.gov; Brian.S.Marshall@doj.oregon.gov; derek.olson@doj.oregon.gov; leanne.hartmann@doj.oregon.gov; sara.delrubin@doj.oregon.gov; kirsten.m.naito@doj.oregon.gov; marissa.malouff@doj.ca.gov; david.moskowitz@coag.gov; tanja.wheeler@coag.gov; patricia.mccooey@ct.gov; ian.liston@delaware.gov; mitchell.reich@dc.gov; kaliko.d.fernandes@hawaii.gov; david.d.day@hawaii.gov; alice.riechers@ilag.gov; katharine.roller@ilag.gov; brendan.d.kreckel@maine.gov; kristin.k.trabucchi@maine.gov; ydagne@oag.state.md.us; michelle.pascucci@mass.gov; pingd@michigan.gov; giovanattin@michigan.gov; joseph.richie@ag.state.mn.us; kireland@ag.nv.gov; lperry@nmdoj.gov; dmosteller@ncdoj.gov; mpizana@riag.ri.gov; ryan.kane@vermont.gov; niya.tawachi@atg.wa.gov; william.mcginty@atg.wa.gov; Karla.Keckhaver@wisdoj.gov |
| **Subject:** | NY v. Rollins (D. Or.) (No. 6:25-cv-02186-MTK) |
| **Date:** | Thursday, December 11, 2025 3:18:00 AM |
| **Attachments:** | NY v. Rollins Opp. Br. FINAL.pdf |

Counsel,

Please find attached the Government's opposition brief in NY v. Rollins, Case No. No. 6:25-cv-02186-MTK (D. Or.). I inadvertently did not realize that the Court's CM/ECF system denied my application for admission for failure to put my state bar information on my Federal Attorney admission request—information that is not required by CM/ECF. No other court has ever denied my application on that basis during my time as a Federal Attorney. I timely emailed the Court the Government's opposition, and we ask that you accept e-mail service while the CM/ECF issue is worked out. Please find the brief attached.

Thank you,
Tyler

**Tyler Becker**
Counsel to the Assistant Attorney General
U.S. Department of Justice | Civil Division
Cell: (202) 826-9717