DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KIRSTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Leanne.Hartmann@doj.oregon.gov
        Brian.S.Marshall@doj.oregon.gov
        kirsten.m.naito@doj.oregon.gov
        sara.delrubin@doj.oregon.gov
        derek.olson@doj.oregon.gov


Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al.,<br><br>   Defendants. | Case No.   6:25-cv-02186-MTK<br><br>DECLARATION OF LEANNE HARTMANN IN SUPPORT OF REPLY TO MOTION FOR PRELIMINARY INJUNCTION |

Page 1 -   DECLARATION OF LEANNE HARTMANN IN SUPPORT OF REPLY TO MOTION
FOR PRELIMINARY INJUNCTION
LH5/om1/1005870742

I, Leanne Hartmann, declare:

1.     I am employed as an Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case.

2.     Exhibit A to this declaration is a true and correct copy of a memorandum entitled "Supplemental Nutrition Assistance Program (SNAP) Provisions of the One Big Beautiful Bill – Alien SNAP Eligibility – Question and Answer #1" that is signed by Patrick A. Penn, Deputy Under Secretary of the United States Department of Agriculture, Food, Nutrition, and Consumer Services. The State of Oregon received Exhibit A by email at 2:04 PM on December 9, 2025.

3.     Exhibit B to this declaration is a true and correct copy of a memorandum entitled "Supplemental Nutrition Assistance Program (SNAP) Provisions of the One Big Beautiful Bill – Alien SNAP Eligibility – Question and Answer #1 REVISED," signed by Patrick A. Penn, Deputy Under Secretary of the United States Department of Agriculture, Food, Nutrition, and Consumer Services. The State of Oregon received Exhibit B at 9:18 AM by email on December 10, 2025.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED December 12, 2025.

s/ Leanne Hartmann
LEANNE HARTMANN

Page 2 -    DECLARATION OF LEANNE HARTMANN IN SUPPORT OF REPLY TO MOTION
        FOR PRELIMINARY INJUNCTION
        LH5/om1/1005870742

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000