DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KIRSTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Leanne.Hartmann@doj.oregon.gov
        Brian.S.Marshall@doj.oregon.gov
        kirsten.m.naito@doj.oregon.gov
        sara.delrubin@doj.oregon.gov
        derek.olson@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al.,<br><br>    Defendants. | Case No. 6:25-cv-02186-MTK<br><br>JOINT PROPOSED SCHEDULING ORDER |

Page 1 -    JOINT PROPOSED SCHEDULING ORDER
        LH5/om1/1010941399

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

The Parties have met and conferred and were unable to come to an agreement. Plaintiffs propose the following schedule and terms:

| Filing | Deadline |
|---|---|
| Plaintiffs' Amended Complaint (if any) | Jan. 30, 2026 |
| Production of Administrative Record (may be served rather than filed) | March 2, 2026 |
| Plaintiffs' Motion for Summary Judgment | March 20, 2026 |
| Defendants' Opposition/Cross-Motion | April 10, 2026 |
| Plaintiffs' Reply/Opposition | May 1, 2026 |
| Defendants' Reply | May 15, 2026 |

If the case is not fully resolved through summary judgment motions, Plaintiffs propose that the parties confer and submit a join schedule regarding pretrial filings within 14 days of the Court's decision on those motions. Plaintiffs agree to defer Defendants' deadline to respond to the complaint until after resolution of the cross-motions for summary judgment.

Defendants propose:  Defendants are amenable to putting this summary-judgment schedule in as a placeholder.  However, Defendants are considering an appeal of this Court's December 15, 2025 preliminary-injunction order.  No final decision has been made about whether to appeal, and any appeal of a judgment adverse to the United States must be authorized by the Solicitor General.    28 C.F.R. § 0.20(b).  The deadline to appeal is February 13, 2025.  If an appeal is authorized, Defendants intend to move for further proceedings in this Court— including summary-judgment briefing—to be held in abeyance pending a decision from the U.S. Court of Appeals for the Ninth Circuit on this Court's preliminary-injunction order.  Defendants' agreement to put this schedule in place for now should not be construed as any waiver of Defendants' rights to move for an abeyance of proceedings if an appeal of the preliminary-

Page 2 -    JOINT PROPOSED SCHEDULING ORDER
LH5/om1/1010941399

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

injunction order is ultimately taken.  Plaintiffs indicated during our meet-and-confer that they intend to oppose any motion for abeyance, but this Court can resolve that issue should Defendants file such a motion later.  Defendants will commit to filing a status report or, if an appeal is taken, any motion for abeyance, within two business days of the deadline to appeal this Court's preliminary-injunction order.

As necessary, the Parties are available to appear for a status conference, via video conference or telephone, at the Court's convenience to discuss the schedule in this matter.

IT IS SO ORDERED.


DATED: _____

                                _____
                                HONORABLE MUSTAFA T. KASUBHAI
                                U. S. District Court Judge


STIPULATED AND APPROVED FOR ENTRY BY:

DATED January 15, 2026.    Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              ERIC J. HAMILTON
                                              Deputy Assistant Attorney General
                                              JOSEPH E. BORSON
                                              Assistant Branch Director
                                              Federal Programs Branch
                                              MICHAEL VELCHIK
                                              Senior Counsel to the Assistant Attorney General

                                              *s/ Tyler Becker*
                                              TYLER J. BECKER (D.C. Bar No. 90007283)
                                              Counsel to the Assistant Attorney General
                                              U.S. Department of Justice, Civil Division
                                              950 Pennsylvania Ave.
                                              Washington, DC 20530
                                              Tel: (202) 514-4052
                                              Email: tyler.becker@usdoj.gov

                                              *Attorneys for Defendants*

Page 3 -   JOINT PROPOSED SCHEDULING ORDER
            LH5/om1/1010941399

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

| | |
|---|---|
| **DAN RAYFIELD**<br>Attorney General<br>State of Oregon | **LETITIA JAMES**<br>Attorney General for the State of New York |
| *s/ Leanne Hartmann*<br>LEANNE HARTMANN #257503<br>BRIAN SIMMONDS MARSHALL #196129<br>KIRSTEN NAITO # 114684<br>Senior Assistant Attorneys General<br>SARA DEL RUBIN #232414<br>DEREK OLSON #225504<br>Assistant Attorneys General<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: (971) 673-1880<br>Fax: (971) 673-5000<br>Leanne.Hartmann@doj.oregon.gov<br>Brian.S.Marshall@doj.oregon.gov<br>Kristen.Naito@doj.oregon.gov<br>Sara.DelRubin@doj.oregon.gov<br>Derek.Olson@doj.oregon.gov | By: *s/ Molly Thomas-Jensen*<br>Molly Thomas-Jensen<br>Jessica Ranucci<br>*Special Counsel*<br>Rabia Muqaddam<br>*Chief Counsel for Federal Initiatives*<br>Gina Bull<br>*Assistant Attorney General*<br>28 Liberty St.<br>New York, NY 10005<br>(212) 416-8679<br>molly.thomas-jensen@ag.ny.gov<br>jessica.ranucci@ag.ny.gov<br>rabia.muqaddam@ag.ny.gov<br>gina.bull@ag.ny.gov |
| *Counsel for Plaintiff State of Oregon* | *Counsel for the State of New York* |
| **ROB BONTA**<br>Attorney General for the State of California | **PHILIP J. WEISER**<br>Attorney General of Colorado |
| By: *s/ Robin L. Goldfaden*<br>Robin L. Goldfaden<br>*Supervising Deputy Attorney General*<br>Michael L. Newman<br>Neli N. Palma<br>*Senior Assistant Attorneys General*<br>Marissa Malouff<br>Kathleen Boergers<br>*Supervising Deputy Attorneys General*<br>California Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>(415) 510-3543<br>Robin.Goldfaden@doj.ca.gov | By: *s/ Tanja E. Wheeler*<br>Tanja E. Wheeler<br>*Associate Chief Deputy Attorney General*<br>David Moskowitz<br>*Deputy Solicitor General*<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>Tanja.wheeler@coag.gov<br>David.moskowitz@coag.gov |
| *Counsel for the State of California* | *Counsel for Plaintiff State of Colorado* |

Page 4 -    JOINT PROPOSED SCHEDULING ORDER
LH5/om1/1010941399

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

| | |
|---|---|
| **WILLIAM TONG** <br> Attorney General of Connecticut <br><br> By: *s/ Patricia E. McCooey* <br> Patricia E. McCooey <br> *Assistant Attorney General* <br> 165 Capitol Ave <br> Hartford, CT 06106 <br> (860) 808-5210 <br> Patricia.McCooey@ct.gov <br><br><br> *Counsel for Plaintiff State of Connecticut* | **KATHLEEN JENNINGS** <br> Attorney General of the State of Delaware <br><br> By: *s/ Vanessa L. Kassab* <br> Ian R. Liston <br> *Director of Impact Litigation* <br> Vanessa L. Kassab <br> *Deputy Attorney General* <br> Rose E. Gibson <br> *Assistant Attorney General* <br> Delaware Department of Justice <br> 820 N. French Street <br> Wilmington, DE 19801 <br> (302) 683-8899 <br> vanessa.kassab@delaware.gov <br><br> *Counsel for Plaintiff State of Delaware* |
| **BRIAN L. SCHWALB** <br> Attorney General for the District of Columbia <br><br> By: *s/ Mitchell P. Reich* <br> Mitchell P. Reich <br> *Senior Counsel to the Attorney General* <br> Office of the Attorney General for the District of Columbia <br> 400 Sixth Street, NW <br> Washington, D.C. 20001 <br> (202) 279-1261 <br> mitchell.reich@dc.gov <br><br> *Counsel for the District of Columbia* | **ANNE E. LOPEZ** <br> Attorney General for the State of Hawaiʻi <br><br> By: *s/ Kalikoʻonālani D. Fernandes* <br> David D. Day <br> *Special Assistant to the Attorney General* <br> Kalikoʻonālani D. Fernandes <br> *Solicitor General* <br> 425 Queen Street <br> Honolulu, HI 96813 <br> (808) 586-1360 <br> kaliko.d.fernandes@hawaii.gov <br><br> *Counsel for the State of Hawaiʻi* |

Page 5 -   JOINT PROPOSED SCHEDULING ORDER
            LH5/om1/1010941399

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

| | |
|---|---|
| **KWAME RAOUL**<br>Attorney General of Illinois | **AARON M. FREY**<br>Attorney General for the State of Maine |
| By: *s/ Katharine Roller*<br>Katharine Roller<br>*Complex Litigation Counsel*<br>Alice L. Riechers<br>*Assistant Attorney General*<br>115 S. LaSalle St.,<br>Chicago, Illinois 60603<br>(773) 519-1842<br>Katharine.Roller@ilag.gov | By: *s/ Brendan Kreckel*<br>Brendan Kreckel<br>By: *s/ Kristin Trabucchi*<br>Kristin Trabucchi<br>*Assistant Attorneys General*<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>Tel.: 207-626-8800<br>Fax: 207-287-3145<br>Brendan.kreckel@maine.gov<br>kristin.k.trabucchi@maine.gov |
| *Counsel for Plaintiff State of Illinois* | *Counsel for the State of Maine* |
| **ANTHONY G. BROWN**<br>Attorney General of Maryland | **ANDREA JOY CAMPBELL**<br>Attorney General of Massachusetts |
| By: *s/ Yasmin Dagne*<br>Yasmin Dagne<br>*Assistant Attorney General*<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-223-1580<br>ydagne@oag.state.md.us | By: *s/ Michelle Pascucci*<br>Katherine Dirks<br>*Chief State Trial Counsel*<br>Michelle Pascucci<br>*State Trial Counsel*<br>Jak Kundl<br>*Assistant Attorney General*<br>Office of the Massachusetts Attorney General<br>1 Ashburton Place Boston, MA 02108<br>(617) 963-2255<br>Michelle.Pascucci@mass.gov |
| *Counsel for Plaintiff State of Maryland* | *Counsel for the Commonwealth of Massachusetts* |

Page 6 -   JOINT PROPOSED SCHEDULING ORDER
         LH5/om1/1010941399

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

**DANA NESSEL**
Attorney General of Michigan

By: *s/ Daniel Ping*
Daniel Ping
Neil Giovanatti
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov

*Counsel for the State of Michigan*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: *s/ Joseph R. Richie*
Joseph R. Richie
*Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Counsel for the State of Minnesota*

**AARON D. FORD**
Attorney General of Nevada

By: *s/ K. Brunetti Ireland*
K. Brunetti Ireland
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for the State of Nevada*

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: *s/ Kashif T. Chand*
Kashif T. Chand
*Assistant Attorney General*
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

Page 7 -    JOINT PROPOSED SCHEDULING ORDER
           LH5/om1/1010941399

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

| | |
|---|---|
| **RAÙL TORREZ**<br>Attorney General of the State of New Mexico<br><br>By: *s/ Lauren Perry*<br>Lauren Perry<br>*Assistant Attorney General*<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>505-270-4332<br>lperry@nmdoj.gov<br><br>*Counsel for the State of New Mexico* | **JEFF JACKSON**<br>Attorney General of North Carolina<br><br>By: *s/ Daniel P. Mosteller*<br>Daniel P. Mosteller<br>*Associate Deputy Attorney General*<br>Laura Howard<br>*Chief Deputy Attorney General*<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>919-716-6026<br>dmosteller@ncdoj.gov<br><br>*Counsel for the State of North Carolina* |
| **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>By: *s/ Marissa D. Pizaña*<br>Marissa D. Pizaña<br>*Special Assistant Attorney General*<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400<br>MPizana@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* | **CHARITY R. CLARK**<br>Attorney General of Vermont<br><br>By: *s/ Ryan P. Kane*<br>Ryan P. Kane<br>*Deputy Solicitor General*<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>Ryan.kane@vermont.gov<br><br>*Counsel for Plaintiff State of Vermont* |
| **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>By: *s/ William McGinty*<br>William McGinty<br>Niya Tawachi<br>*Assistant Attorneys General*<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>william.mcginty@atg.wa.gov<br>niya.tawachi@atg.wa.gov<br><br>*Counsel for Plaintiff State of Washington* | **JOSHUA L. KAUL**<br>Attorney General of Wisconsin<br><br>By: *s/ Karla Z. Keckhaver*<br>Karla Z. Keckhaver<br>*Assistant Attorney General*<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-6365<br>karla.keckhaver@wisdoj.gov<br><br>*Counsel for Plaintiff State of Wisconsin* |

Page 8 -   JOINT PROPOSED SCHEDULING ORDER
         LH5/om1/1010941399

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000