# EXHIBIT C



## Food and Nutrition Service
### U.S. DEPARTMENT OF AGRICULTURE

DATE:           September 4, 2025

SUBJECT:        Supplemental Nutrition Assistance Program Provisions of the One Big Beautiful
                Bill Act of 2025 – Information Memorandum

TO:             All SNAP State Agencies
                All Regions


On July 4, 2025, President Donald J. Trump signed Public Law 119-21, the One Big Beautiful
Bill Act of 2025 (OBBB). The law contains several provisions that affect the Supplemental
Nutrition Assistance Program (SNAP). These include changes to SNAP eligibility, benefits, and
program administration.

Attached is an information memorandum describing the SNAP provisions and effective dates
for most provisions.  FNS will, as appropriate, hold States harmless for Quality Control (QC)
purposes for 120 days from the implementation date.

Additional, detailed guidance on implementation of these provisions is generally forthcoming
by September 30, unless specified otherwise. Please reach out to your FNS Regional Office
with any questions.


Sincerely,

RONALD
WARD

Digitally signed by
RONALD WARD
Date: 2025.09.04
11:37:56 -04'00'

Ronald Ward
Acting Associate Administrator
Supplemental Nutrition Assistance Program
Food and Nutrition Service

Exhibit C
Page 1 of 4

## SNAP Provisions of the One Big Beautiful Bill Act of 2025

Sec. 10101. Re-Evaluation of Thrifty Food Plan.

Amends Sec. 3(u) of the Food and Nutrition Act (the Act), to revise how the Thrifty Food Plan is updated. It limits future re-evaluations from increasing the cost of the Thrifty Food Plan. It also requires annual adjustment of the cost of the Thrifty Food Plan each October to reflect changes in the Consumer Price Index for All Urban Consumers, published by the Bureau of Labor Statistics of the Department of Labor for the most recent 12-month period ending in June.

The OBBB also amends Sec. 3(u) to establish in statute the household adjustments for maximum allotments. This provision is effective October 1, 2025, and the market baskets of the Thrifty Food Plan may be reevaluated no earlier than October 1, 2027.

Sec. 10102. Modifications to SNAP Work Requirements for Able-Bodied Adults.

This provision modifies Sec. 6(o) of the Act changes which individuals are subject to the time-limited work requirements, the circumstances in which the Secretary may approve a waiver of the time limit in an area and creates new exemptions for Alaska and Hawaii. These requirements are sometimes referred to as the able-bodied adults without dependents (ABAWD) work requirement.

Changes to exceptions from the time limit are listed below.

1.  Increases the upper age exception to 65 and older.

2.  Limits the exception based on responsibility to care for a dependent child to those with a child under 14 years of age.

3.  Removes exceptions for homeless individuals, veterans, and those 24 and younger who aged out of foster care.

4.  Establishes new exceptions for "an Indian", "Urban Indian" and "California Indian" as defined in the Indian Health Care Improvement Act.

The OBBB also amends Sec. 6(o)(4) to adjust when the Secretary may approve a waiver of the time limit.  It removes the criterion that provides for waiver requests when an area does not have a sufficient number of jobs to provide employment for the individuals that reside there from the list of circumstances qualifying an area for a waiver of the time limit. This condition is replaced by an option for areas in Alaska and Hawaii to qualify for an ABAWD waiver if their unemployment rate reaches or exceeds 150% of the national average. States other than Alaska and Hawaii may now only request waivers when the unemployment rate meets or exceeds 10 percent in an area.

Exhibit C
Page 2 of 4

These changes were effective upon enactment. State agencies must apply updated exceptions to new and ongoing participants after they are screened, in accordance with 7 CFR 273.24(k). FNS will follow up with State agencies currently operating waivers of the time limit that are no longer eligible under the revised program rules.

The OBBB also establishes new exemptions for individuals residing in Alaska and Hawaii if the State makes a request to the Secretary and is demonstrating a good faith effort to comply with time limit work requirements. Exemptions granted will expire no later than December 31, 2028. Additional guidance for how Alaska and Hawaii may request exemptions under this provision is forthcoming.

Sec. 10103 Availability of Standard Utility Allowances Based on Receipt of Energy Assistance.

Amends how State agencies treat receipt of a payment under the Low-Income Home Energy Assistance Act of 1981 (LIHEAA) or other similar energy assistance programs for the purposes of the Heating and Cooling Standard Utility Allowance (HCSUA). Only households with an elderly or disabled member which receive a payment of more than $20 under a LIHEAA program (or similar energy assistance programs), annually, in the month of application or immediately preceding 12 months are automatically eligible for the HCSUA to be applied to the household's case when determining eligibility and benefit amount.

Households without an elderly or disabled member are no longer eligible based on a payment of any amount from a LIHEAA program (or similar energy assistance programs). Households without an elderly or disabled member must incur heating or cooling expenses in accordance with section 5(e)(6)(C) to have the HCSUA used in determining their eligibility and benefit amount.

This provision also changes how SNAP treats third-party energy assistance payments provided under a State law depending on whether there is an elderly or disabled SNAP household member. The assistance will no longer count as income if the household includes an elderly or disabled member, and the household will continue to count expenses the assistance covers towards the excess shelter deduction. If the household does not include an elderly or disabled member, the assistance would continue counting as income, however, the household could no longer count the expense covered by the assistance towards the excess shelter deduction.

This provision is effective upon enactment. State agencies must apply this policy at initial certification for new applicants and, at a minimum, apply the changes to ongoing households at recertification.

Exhibit C
Page 3 of 4

Sec. 10104. Restrictions on Internet Expenses.

Prohibits inclusion of internet costs in a household's allowable shelter costs for the purposes of the excess shelter deduction. This includes a restriction on including internet costs in calculating standard utility allowances (SUAs).

This provision is effective upon enactment. FNS provided State agencies with additional instructions for calculating their Fiscal Year 2026 SUA values on August 15, 2025.

Sec. 10105. Matching Funds Requirements.

This provision amends Section 4(a) of the Act to establish a SNAP quality control incentive that consists of State matching funds requirements for the cost of SNAP benefit allotments. The matching requirements are determined based on a State's SNAP payment error rate and range from a State share of 0 to 15 percent of program allotments. These requirements generally begin in fiscal year 2028.

Sec. 10106 Administrative Cost Sharing.

This provision amends Section 16(a) of the Act and reduces the amount that USDA may pay a State agency for administrative costs involved in its operation of SNAP to 25 percent, from the current 50 percent, beginning in fiscal year 2027.

Sec. 10107 National Education and Obesity Prevention Grant Program.

This provision amends Section 28(d)(1) of the Act by ending required funding of the SNAP Nutrition Education and Obesity Prevention Grant Program (SNAP-ED) with the fiscal year 2025 grant allocation. Unexpended fiscal year 2025 SNAP-Ed grant funds may be used in FY 2026 to operate SNAP-Ed. Further guidance was released on August 13.

Sec. 10108 Alien SNAP Eligibility.

This provision makes changes to non-citizen eligibility for SNAP. Further guidance is forthcoming.

Exhibit C
Page 4 of 4