BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

MICHAEL VELCHIK (DC Bar #187249)
Senior Counsel to the Assistant Attorney General
Civil Division
950 Pennsylvania Ave
Washington, DC 20530
Tel: (202) 860-8388
Email: michael.velchik@usdoj.gov

TYLER BECKER
Counsel to the Assistant Attorney General
United States Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BROOKE ROLLINS, in her official capacity, *et al.*,<br><br>　　　　　　Defendants. | No. 6:25-cv-02186-MTK |

## NOTICE OF APPEAL

　　　Defendants hereby notice an appeal to the United States Court of Appeals for the Ninth Circuit of this Court's December 15, 2025 order granting Plaintiffs' Motion for a Preliminary Injunction, ECF Nos. 64, 65.

1

| | |
|---|---|
| Dated: February 13, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Federal Programs Branch |
| | <u>/s/ Michael Velchikr</u><br>MICHAEL VELCHIK (DC Bar #187249)<br>Senior Counsel to the Assistant Attorney General<br>Civil Division<br>950 Pennsylvania Ave<br>Washington, DC 20530<br>Tel: (202) 860-8388<br>Email: michael.velchik@usdoj.gov |
| | TYLER BECKER<br>Counsel to the Assistant Attorney General |
| | *Attorneys for Defendants* |