DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
KIRSTEN NAITO #114684
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
DEREK OLSON #225504
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Leanne.Hartmann@doj.oregon.gov
       Brian.S.Marshall@doj.oregon.gov
       kirsten.m.naito@doj.oregon.gov
       sara.delrubin@doj.oregon.gov
       derek.olson@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al., <br><br>    Defendants. | Case No. 6:25-cv-02186-MTK <br><br>PLAINTIFFS' NOTICE OF EXTENSION OF APPELLATE BRIEFING SCHEDULE |

Page 1 -   PLAINTIFFS' NOTICE OF EXTENSION OF APPELLATE BRIEFING SCHEDULE
        LH5/om1/1015466071

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

As noted in Plaintiffs' Opposition to Defendants' Motion to Stay the District Court Proceedings pending Appeal, ECF No. 74 at 2, Defendants moved on March 6 for a 31-day extension of time to file their opening brief in the Ninth Circuit. Late in the afternoon on March 11, 2026, the Ninth Circuit granted Defendants' motion in a text order. The Order reads as follows:

> **TEXT ORDER FILED.** The motion (Docket Entry No. 15) for an extension of time to file the opening brief is granted. The opening brief is due April 13, 2026. The answering brief is due May 13, 2026. The optional reply brief is due 21 days after the answering brief is served.
>
> [Entered: 03/11/2026 04:39 PM]

Plaintiffs contend that the appellate schedule bears on this Court's determination of the pending motion to stay. As such, Plaintiffs respectfully notify the Court of this development.

DATED March 13, 2026.                    Respectfully submitted,

**LETITIA JAMES**                         **DAN RAYFIELD**
Attorney General for the State of New York   Attorney General for the State of Oregon

By: *s/ Molly Thomas-Jensen*              By: *s/ Leanne Hartmann*
Molly Thomas-Jensen                       Leanne Hartmann #257503
Jessica Ranucci                           Brian Simmonds Marshall #196129
*Special Counsel*                         Kirsten Naito # 114684
Rabia Muqaddam                            *Senior Assistant Attorneys General*
*Chief Counsel for Federal Initiatives*   Sara Del Rubin #232414
Gina Bull                                 Derek Olson #225504
*Assistant Attorney General*              *Assistant Attorneys General*
28 Liberty St.                            Oregon Department of Justice
New York, NY 10005                        100 SW Market Street
(212) 416-8679                            Portland, OR 97201
molly.thomas-jensen@ag.ny.gov             Telephone: (971) 673-1880
jessica.ranucci@ag.ny.gov                 Fax: (971) 673-5000
rabia.muqaddam@ag.ny.gov                  Leanne.Hartmann@doj.oregon.gov
gina.bull@ag.ny.gov                       Brian.S.Marshall@doj.oregon.gov
                                          Kirsten.M.Naito@doj.oregon.gov
                                          Sara.DelRubin@doj.oregon.gov
                                          Derek.Olson@doj.oregon.gov

*Counsel for the State of New York*       *Counsel for the State of Oregon*

Page 2 -   PLAINTIFFS' NOTICE OF EXTENSION OF APPELLATE BRIEFING SCHEDULE
           LH5/om1/1015466071

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

| | |
|---|---|
| **ROB BONTA**<br>Attorney General for the State of California | **PHILIP J. WEISER**<br>Attorney General of Colorado |

**ROB BONTA**
Attorney General for the State of California

By: *s/ Robin L. Goldfaden*
Robin L. Goldfaden
*Supervising Deputy Attorney General*
Michael L. Newman
Neli N. Palma
*Senior Assistant Attorneys General*
Marissa Malouff
Kathleen Boergers
*Supervising Deputy Attorneys General*
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3543
Robin.Goldfaden@doj.ca.gov

*Counsel for the State of California*

**WILLIAM TONG**
Attorney General of Connecticut

By: *s/ Patricia E. McCooey*
Patricia E. McCooey
*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Patricia.McCooey@ct.gov

*Counsel for Plaintiff State of Connecticut*

**PHILIP J. WEISER**
Attorney General of Colorado

By: *s/ Tanja E. Wheeler*
Tanja E. Wheeler
*Associate Chief Deputy Attorney General*
David Moskowitz
*Deputy Solicitor General*
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
Tanja.wheeler@coag.gov
David.moskowitz@coag.gov

*Counsel for Plaintiff State of Colorado*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: *s/ Vanessa L. Kassab*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Rose E. Gibson
*Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for Plaintiff State of Delaware*

Page 3 -   PLAINTIFFS' NOTICE OF EXTENSION OF APPELLATE BRIEFING SCHEDULE
           LH5/om1/1015466071

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: *s/ Mitchell P. Reich*
Mitchell P. Reich
*Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: *s/ Kalikoʻonālani D. Fernandes*
David D. Day
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**
Attorney General of Illinois

By: *s/ Katharine Roller*
Katharine Roller
*Complex Litigation Counsel*
Alice L. Riechers
*Assistant Attorney General*
115 S. LaSalle St.,
Chicago, Illinois 60603
(773) 519-1842
Katharine.Roller@ilag.gov

*Counsel for Plaintiff State of Illinois*

**AARON M. FREY**
Attorney General for the State of Maine

By: *s/ Brendan Kreckel*
Brendan Kreckel
By: */s/ Kristin Trabucchi*
Kristin Trabucchi
*Assistant Attorneys General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
Brendan.kreckel@maine.gov
kristin.k.trabucchi@maine.gov

*Counsel for the State of Maine*

Page 4 - PLAINTIFFS' NOTICE OF EXTENSION OF APPELLATE BRIEFING SCHEDULE
LH5/om1/1015466071

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

**ANTHONY G. BROWN**
Attorney General of Maryland

By: *s/ Yasmin Dagne*
Yasmin Dagne
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-223-1580
ydagne@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: *s/ Michelle Pascucci*
Katherine Dirks
*Chief State Trial Counsel*
Michelle Pascucci
*State Trial Counsel*
Jak Kundl
*Assistant Attorney General*
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2255
Michelle.Pascucci@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: *s/ Daniel Ping*
Daniel Ping
Neil Giovanatti
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov

*Counsel for the State of Michigan*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: *s/ Joseph R. Richie*
Joseph R. Richie
*Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-0921
joseph.richie@ag.state.mn.us

*Counsel for the State of Minnesota*

Page 5 -   PLAINTIFFS' NOTICE OF EXTENSION OF APPELLATE BRIEFING SCHEDULE
LH5/om1/1015466071

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

| | |
|---|---|
| **AARON D. FORD**<br>Attorney General of Nevada<br><br>By: *s/ K. Brunetti Ireland*<br>K. Brunetti Ireland<br>*Chief of Special Litigation*<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>kireland@ag.nv.gov<br><br>*Counsel for the State of Nevada* | **JENNIFER DAVENPORT**<br>Attorney General of New Jersey<br><br>By: *s/ Kashif T. Chand*<br>Kashif T. Chand<br>*Assistant Attorney General*<br>New Jersey Office of the Attorney General,<br>Division of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel: (973) 648-2052<br>Kashif.Chand@law.njoag.gov<br><br>*Counsel for Plaintiff State of New Jersey* |
| **RAÙL TORREZ**<br>Attorney General of the State of New Mexico<br><br>By: *s/ Lauren Perry*<br>Lauren Perry<br>*Assistant Attorney General*<br>New Mexico Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>505-270-4332<br>lperry@nmdoj.gov<br><br>*Counsel for the State of New Mexico* | **JEFF JACKSON**<br>Attorney General of North Carolina<br><br>By: *s/ Daniel P. Mosteller*<br>Daniel P. Mosteller<br>*Associate Deputy Attorney General*<br>Laura Howard<br>*Chief Deputy Attorney General*<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>919-716-6026<br>dmosteller@ncdoj.gov<br><br>*Counsel for the State of North Carolina* |
| **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>By: *s/ Marissa D. Pizaña*<br>Marissa D. Pizaña<br>*Special Assistant Attorney General*<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400<br>MPizana@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* | **CHARITY R. CLARK**<br>Attorney General of Vermont<br><br>By: *s/ Ryan P. Kane*<br>Ryan P. Kane<br>*Deputy Solicitor General*<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>Ryan.kane@vermont.gov<br><br>*Counsel for Plaintiff State of Vermont* |

Page 6 -    PLAINTIFFS' NOTICE OF EXTENSION OF APPELLATE BRIEFING SCHEDULE
LH5/om1/1015466071

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

| | |
|---|---|
| **JAY JONES**<br>Attorney General of the Commonwealth of Virginia<br><br>By: *s/ Tillman J. Breckenridge*<br>Tillman J. Breckenridge<br>*Solicitor General*<br>Mikaela A. Phillips<br>*Assistant Solicitor General*<br>Office of the Attorney General<br>202 N. 9th Street<br>Richmond, Virginia 23219<br>Tel: (804) 786-7704<br>solicitorgeneral@oag.state.va.us<br>mphillips@oag.state.va.us<br><br>*Counsel for Plaintiff The Commonwealth of Virginia* | **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>By: *s/ William McGinty*<br>William McGinty<br>Niya Tawachi<br>*Assistant Attorneys General*<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>william.mcginty@atg.wa.gov<br>niya.tawachi@atg.wa.gov<br><br>*Counsel for Plaintiff State of Washington* |
| **JOSHUA L. KAUL**<br>Attorney General of Wisconsin<br><br>By: *s/ Karla Z. Keckhaver*<br>Karla Z. Keckhaver<br>*Assistant Attorney General*<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>608-264-6365<br>karla.keckhaver@wisdoj.gov<br><br>*Counsel for Plaintiff State of Wisconsin* | |

Page 7 -   PLAINTIFFS' NOTICE OF EXTENSION OF APPELLATE BRIEFING SCHEDULE
        LH5/om1/1015466071

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000