| *New York, et al. v. Rollins, et al.*<br>**6:25-cv-02186 (D. Or.)**<br>**Certified Index to the Administrative Record** | |
|---|---|
| **BATES#** | **DESCRIPTION** |
| **GOV000001-GOV000033** | **1. OBBB SNAP Documentation** |
| GOV000002-GOV000005 | • SNAP Provisions of OBBB Information Memorandum (9-4-2025) |
| GOV000006-GOV000007 | • SNAP Questions and Answers on Quality Control (QC) Variance Exclusion (11-14-2025) |
| GOV000008-GOV000013 | • SNAP Provision of the One Big Beautiful Bill Act of 2025 - ABAWD Exceptions - Implementation Memorandum (10-3-2025) |
| GOV000014-GOV000017 | • SNAP Implementation of the One Big Beautiful Bill Act of 2025 - Treatment of Energy Assistance Payments (8-29-2025) |
| GOV000018-GOV000028 | • SNAP Implementation of the One Big Beautiful Bill Act of 2025 - Alien SNAP Eligibility (10-31-2025) |
| GOV000029-GOV000033 | • SNAP Provisions of the One Big Beautiful Bill - Alien SNAP Eligibility - Question and Answer #1 REVISED (12-9-2025) |
| **GOV000034-GOV000221** | **2. Legal Authorities** |
| GOV000035-GOV000042 | • 7 CFR 273.24 (Time limit for able-bodied adults) |
| GOV000043-GOV000050 | • 7 CFR 273.4 (Citizenship and alien status) |
| GOV000051-GOV000068 | • 7 CFR 273.9 (Income and deductions) |
| GOV000069-GOV000085 | • 7 CFR Part 275 Subpart C (Quality Control (QC) Reviews) |
| GOV000086-GOV000111 | • 7 CFR Part 283 (Appeal of Quality Control (QC) Claims) |
| GOV000112-GOV000117 | • Food and Nutrition Act sec. 4 (7 USC 2013) |
| GOV00018-GOV000138 | • Food and Nutrition Act sec. 5 (7 USC 2014) |
| GOV000139-GOV000168 | • Food and Nutrition Act sec. 6 (7 USC 2015) |
| GOV000169-GOV000173 | • Food and Nutrition Act sec. 13 (7 USC 2022) |
| GOV000174-GOV000206 | • Food and Nutrition Act sec. 16 (7 USC 2025) |
| GOV000207-GOV000221 | • One Big Beautiful Bill Act (PL 119-21) (Nutrition Title) |