LETITIA JAMES
Attorney General for the State of New York
Molly Thomas-Jensen
Jessica Ranucci
*Special Counsel*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
Gina Bull
*Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8679
Email: molly.thomas-jensen@ag.ny.gov
        jessica.ranucci@ag.ny.gov
        rabia.muqaddam@ag.ny.gov
        gina.bull@ag.ny.gov

*Attorneys for the State of New York*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, et al., | Case No. 6:25-cv-02186-MTK |
| Plaintiffs, | SUPPLEMENTAL DECLARATION OF IAN YAFFE |
| v. | |
| BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al., | |
| Defendants. | |

Page 1 - SUPPLEMENTAL DECLARATION OF IAN YAFFE

I, Ian Yaffe, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am a resident of the State of Maine and I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

## I.    PERSONAL BACKGROUND AND QUALIFICATIONS

2.    I am currently employed by the Maine Department of Health and Human Services as Director of the Office for Family Independence (OFI).

3.    OFI determines eligibility for various federally and state funded programs including the Supplemental Nutrition Assistance Program (SNAP), Medicaid, Temporary Assistance for Needy Families (TANF), and more. OFI also oversees child support collection and distribution, social security disability determinations, and the investigation of fraud and overpayments for the various programs previously mentioned.

4.    I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

## II.    SNAP IN MAINE

5.    SNAP, one of the programs administered by OFI, involves the issuance of monthly electronic benefits that can be used to purchase food at authorized retail stores.

6.    SNAP is a key part of Maine's efforts to address hunger by supplementing the food budget of low-income families so they can purchase healthy food. Thus far in 2025, an average of 173,557 people received SNAP benefits in Maine each month, including approximately 101,463 families and 53,709 children. Households in Maine receive on average $296.99 per month in SNAP benefits to meet their basic subsistence and nutritional needs. During the federal fiscal year between October 1, 2024 and September 30, 2025, OFI issued approximately $30,541,226 per month in SNAP benefits in Maine.

Page 2 - SUPPLEMENTAL DECLARATION OF IAN YAFFE

OFI administers the SNAP program in Maine pursuant to 22 M.R.S. § 3104 et seq. Pursuant to federal law, OFI administers SNAP on behalf of the United States Department of Agriculture (USDA) and is responsible for the issuance, control, and accountability of SNAP benefits and Electronic Benefit Transaction (EBT) cards; ensuring program integrity; and supervising local transitional assistance offices' day-to-day administration of SNAP, including processing applications for SNAP benefits and certifying eligible applicant households. 7 U.S.C. § 2020(a)(1); 7 C.F.R. § 271.4; 7 C.F.R. § 274.2. USDA funds the entirety of SNAP benefits in Maine, though Maine and the federal government split administrative costs. 7 U.S.C. § 2025(a).

7.      Consistent with federal law, Maine administers SNAP benefits to non-citizens who are eligible for SNAP by statute.

### III.    PUBLIC LAW 119-21 (THE ONE BIG BEAUTIFUL BILL ACT OF 2025)

8.      On July 4, 2025, President Donald J. Trump signed into law Public Law 119-21, the One Big Beautiful Bill Act of 2025 (OBBB).

9.      OBBB made many changes to the administration of the SNAP program. It also changed the structure of how SNAP benefits and administration will be paid for in the future between states and the federal government, shifting more of the expense of the program onto states.

10.      Specifically, Section 10108 of OBBB, titled "Alien SNAP Eligibility," made changes to the eligibility of certain categories of non-citizens for SNAP benefits, amending section 6(f) of the Food and Nutrition Act of 2008, 7 U.S.C. 2015(f).

11.      Section 10103 of OBBB, titled, "Availability of Standard Utility Allowances Based on Receipt of Energy Assistance," limited which households would qualify for an income deduction based on receipt of energy assistance payments. Previously, households who received payments through qualifying energy assistance programs also received a deduction from their

Page 3 - SUPPLEMENTAL DECLARATION OF IAN YAFFE

household income, the heating and cooling standard utility allowance. The OBBB changed that allowance to only apply to households that contain an elderly or disabled member.

12.     Section 10102 of OBBB, titled "Modification to SNAP Work Requirements for Able-Bodied Adults," changes who can be excepted from the rule that Able-Bodied Adults Without Dependents (ABAWDs) may not receive SNAP benefits for more than three months in a three-year period without also meeting ABAWD work requirements, including working, volunteering, or participating in a job skills program a set number of hours per week. The law narrowed the categories of people who are exempt from the ABAWD work requirements, including removing exemptions for homeless individuals, veterans, individuals aged 24 or younger and in foster care, individuals aged 54 to 59, and households with children age 14 to 17. The law also created new exceptions to the ABAWD work requirements for certain Native Americans. Section 10102 also narrowed the criteria under which States can apply for and be granted a waiver from the ABAWD time limits.

13.     Section 10105 of the OBBB created a new set of penalties for States tied to their payment error rates.

14.     OFI typically relies on USDA guidance to implement statutory changes to SNAP to ensure we are complying with the agency's interpretation of the law. In recognition that States need time to fully implement new changes to their SNAP programs correctly, the SNAP statute and regulations provide a 120-day period during which State payment errors are waived for the purpose of calculating their payment error rate, called the "exclusionary period."

15.     In the past, the agency began the exclusionary period *after* USDA issued its implementing guidance to the States, providing States at least 120 days after receiving guidance to enact program changes, in line with the SNAP statute and regulations.

16.     However, the guidance documents (together, the "Guidance Documents") that USDA issued regarding Sections 10102, 10103, and 10105 of the OBBB informed States that the exclusionary period for implementing these program changes had started running on July 4,

Page 4 - SUPPLEMENTAL DECLARATION OF IAN YAFFE

2025—the day that OBBB was enacted—even though the Guidance Documents came long after that date.

17.    On August 29, 2025, USDA issued guidance about Section 10103 of the OBBB, which changed how the standard utility allowance is calculated in determining SNAP benefit amounts, stating that the exclusionary period ended November 1. On October 3, 2025, USDA issued guidance about Section 10102(a) of the OBBB, which changed the exceptions from work requirements for able-bodied adults without dependents, or ABAWDs, stating that the exclusionary period ended November 1. And on October 31, 2025, USDA issued guidance on non-citizen eligibility, informing States the exclusionary period would end the very next day, November 1, 2025 (a Saturday).

18.    Historically, OFI experiences more errors as we figure out how to implement a new guidance. Thus, USDA may attempt to count any so-called "errors" stemming from the Guidance Documents as part of Maine's error rate, increasing the risk that Maine may have to pay financially ruinous penalties.

**A.    USDA's October 3 Guidance Related to Able-Bodied Adults Without Dependents**

19.    On October 3, 2025, USDA-FNS issued a guidance memorandum to SNAP State Agencies (the "ABAWD Guidance"), to provide them "with additional information on implementing Section 10102(a) of the OBBB, which changes exceptions from the Able-Bodied Adults Without Dependents (ABAWD) time limit."

20.    In a section entitled, "Quality Control and Technical Assistance," the agency announced that although "[a] 120-day variance exclusion is permitted," the period had already begun to run and would end 29 days after the guidance issuance date, on November 1, 2025.

21.    On October 3, 2025, USDA sent Maine the ABAWD Guidance via e-mail.

22.    On July 2025, following the passage of the OBBB, OFI began to take steps to implement the OBBB's changes to ABAWD eligibility as applied to SNAP. It was decided to

Page 5 - SUPPLEMENTAL DECLARATION OF IAN YAFFE

move forward with OFI understanding of the legislation rather than wait for USDA guidance. This decision was made understanding the short hold harmless period.

23.    OFI was able to update state rules and technology in September 2025 to apply the new ABAWD rules to new households newly certified from that point on. However, Individuals who were certified between July 4, 2025 and the technology deploy, September 10, 2025 continued to have the old rules applied and ran the risk of remaining open to or closed off of SNAP in error. The tech fix for these cases was able to be deployed until mid-January 2026. As a result roughly 5,000 individuals were at risk of a payment error for as many as three months (November, December, and January) after the end of the hold harmless period.

24.    As described above, Maine has already invested significant time and resources into implementing the changes to SNAP eligibility made by the OBBB. The ABAWD Guidance increased the costs required to implement the changes required by OBBB by shortening the time states had to fully implement the changes. Specifically:

a)  Updating OFI systems to the new ABAWD rules took 100 hours of contracted work at a cost of $15,000. This does not include state staff time dedicated to requirements gathering, design, and testing.

b)  Related manual rework of case took another 40 hours of state staff time.

c)  Between October-December 2025, OFI Constituent Services received eight ABAWD inquiries, out of 13 ABAWD inquiries for all of 2025. In the first quarter of 2026 (January – March; not yet complete), OFI Constituent Services received 24 ABAWD related inquiries. Each request must be responded to within 48 hours, researched, and thoroughly documented.

25.    The ABAWD Guidance elevates the risk that Maine will face significant financial penalties due to inadvertent noncompliance with OBBB and/or the Guidance. As noted above, Section 10105 of the OBBB created a new set of penalties for States tied to their payment error rates. The Guidance stated that the exclusionary period ended on November 1, 2025.

Page 6 - SUPPLEMENTAL DECLARATION OF IAN YAFFE

Historically, Maine experiences more errors as we figure out how to implement new guidance. Thus, USDA may attempt to count any so-called "errors" stemming from the ABAWD Guidance as part of Maine's error rate, increasing the risk that Maine may have to pay financial penalties. And USDA claims the authority to be able to count those errors starting November 1, 2025, drastically shortening the period for full compliance, further increasing the chance of these penalties.

**B.    USDA's November 14 Guidance Related to Exclusionary Period Memo**

26.    On November 14, 2025, USDA issued a policy memo (the "Exclusionary Period Memo") answering "follow-up questions submitted by State agencies on the variance exclusion period for implementation" of Sections 10102 and 10103 of the OBBB. The Exclusionary Period Memo reiterated that the "required implementation date" for both Sections 10102 and 10103 of the OBBB was "the enactment of OBBB, July 4, 2025" and therefore the exclusionary period had already ended 14 days prior.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

EXECUTED on March 23, 2026 in Augusta, Maine.

Ian Yaffe
Director, Office for Family Independence
Maine Department of Health and Human
Services

Page 7 - SUPPLEMENTAL DECLARATION OF IAN YAFFE