UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF NEW YORK; et al.,

      Plaintiffs - Appellees,

  v.

BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture and UNITED STATES DEPARTMENT OF AGRICULTURE,

      Defendants - Appellants.

No. 26-911

D.C. No.
6:25-cv-02186-MTK
District of Oregon,
Eugene

ORDER

The motion (Docket Entry No. 32) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT