DAN RAYFIELD
Attorney General
LEANNE HARTMANN #257503
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorneys General
SARA DEL RUBIN #232414
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Leanne.Hartmann@doj.oregon.gov
       Brian.S.Marshall@doj.oregon.gov
       sara.delrubin@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF NEW YORK, et al., | Case No. 6:25-cv-02186-MTK |
| Plaintiffs, | DECLARATION OF LEANNE HARTMANN IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY PRELIMINARY INJUNCTION |
| v. | |
| BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture, et al., | |
| Defendants. | |

Page 1 - DECLARATION OF LEANNE HARTMANN IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY PRELIMINARY INJUNCTION

LH5/om1/1019490884

I, Leanne Hartmann, declare:

1.      I am employed as a Senior Assistant Attorney General with the Oregon Department of Justice.  I represent the State of Oregon in this case.

2.      Exhibit 1 to this declaration is a true and correct copy of an April 14, 2026 email attaching a memorandum entitled "Supplemental Nutrition Assistance Program (SNAP) Quality Control (QC) Additional Non-Citizen Variance Exclusion Period for Select States QC Policy Memo 26-03" signed by Ronald Ward, Acting Associate Administrator of the Supplemental Nutrition Assistance Program. The State of Oregon received Exhibit 1 on April 14, 2026.

3.      Upon receiving Exhibit 1, Plaintiff counsel reached out to counsel for Defendants on April 22, 2026. Exhibit 2 to this declaration is a true and correct copy of portions of an email exchange between Counsel to the Assistant Attorney General Tyler Becker and Plaintiffs' counsel showing that exchange, ending on May 6, 2026. Plaintiffs include only the relevant portions of the lengthy email chain between the Parties but will file the full email chain at the request of the Court or Defendants.

4.      Exhibit 3 to this declaration is a true and correct copy of an email dated May 12, 2026, from Young Ihm, Chief at the Quality Control Branch/Supplemental Nutrition Assistance Program at USDA to staff of state SNAP agencies, including the State of Oregon.

5.      Exhibit 4 to this declaration is a true and correct copy of portions of an email exchange between Tyler Becker and Plaintiffs' counsel, beginning on May 6, 2026 and ending on June 12, 2026. Again, Plaintiffs include only the relevant portions of the lengthy email exchange but will file the complete chain at the Court's or Defendants' request.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on June 18, 2026.

_____s/ Leanne Hartmann_____
LEANNE HARTMANN
Senior Assistant Attorney General

Page 2 - DECLARATION OF LEANNE HARTMANN IN SUPPORT OF PLAINTIFFS' MOTION TO CLARIFY PRELIMINARY INJUNCTION

LH5/om1/1019490884