| | |
|---|---|
| **From:** | Ihm, Young - FNS <young.ihm@usda.gov> |
| **Sent:** | Tuesday, April 14, 2026 12:37 PM |
| **To:** | Tracie.dablemont@alaska.gov; Tammy Teeter (State Snap QCS Contact); Gutierrez, Tami@DSS; Alivio, Chris@DSS; Thao, Sue@DSS; Nguyen, Mai@DSS; Lor, Choua@DSS; Itaya, Ashley@DSS; Murakami, Gregoria; Osato, Melissa N; Connie Campbell-Loving; Hensen, Joyce (DSHS/ESA/CSD); Doni Mickey; LEIBHAM Lisa; Garretson, Jessica (DSHS/ESA/CSD); Wachter, Caroline (DSHS/ESA/DPI); Gourley, Jessica (DSHS/ESA/DPI); Doyle, Deborah (DSHS/ESA/DPI); Asuncion, Samuel; Vandenberg, Annie (DSHS/ESA/DPI); Jensen, Kimberly; Simfrosa Manley; Terry Ascura; LANE Tiffany M; Legaya Flores; Hill-Laguerre, Sharon (DSHS/ESA/CSD); Schumaker, Laura - Reg2 |
| **Subject:** | SNAP QC Additional Non-Citizen Variance Exclusion Period for Select States QC Policy Memo 26-03 |
| **Attachments:** | QCPM 26-03 SNAP OBBB NonCitizen Updated Variance Exclusion.pdf |

**Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

Good afternoon State Colleagues

Please see the attached memo, SNAP QC Additional Non-Citizen Variance Exclusion Period for Select States QC (Policy Memo 26-03). *This memo is being shared widely beyond the applicable States, both policy and QC, for informational purposes.*

This policy memo provides instruction to select States regarding the implementation of changes to SNAP eligibility for aliens in Section 10108 of P.L. 119-21, the One Big Beautiful Bill Act of 2025 (OBBB), in the wake of preliminary relief granted in *State of New York, et al. v. Rollins, et al.*, 6:25-cv-02185 (D. Or.). If you have any questions, please reach out. Thank you.

Young Ihm, Chief
Quality Control Branch / Supplemental Nutrition Assistance Program

USDA

U.S. DEPARTMENT OF AGRICULTURE
Food and Nutrition Service
Western Regional Office
90 Seventh Street, Ste. 10-300
San Francisco, CA 94103
(415) 418-9173

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate

Exhibit 1, Page 1 of 5
to Declaration of Leanne Hartmann

the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

Exhibit 1, Page 2 of 5
to Declaration of Leanne Hartmann



**Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

DATE:    April 14, 2026

SUBJECT:    Supplemental Nutrition Assistance Program (SNAP) Quality Control (QC) Additional Non-Citizen Variance Exclusion Period for Select States QC Policy Memo 26-03

TO:    All SNAP Regional Offices
Select SNAP State Agencies

| | |
|---|---|
| California | Minnesota |
| Colorado | Nevada |
| Connecticut | New Jersey |
| Delaware | New Mexico |
| District of Columbia | New York |
| Hawaii | North Carolina |
| Illinois | Oregon |
| Maine | Rhode Island |
| Maryland | Vermont |
| Massachusetts | Washington |
| Michigan | Wisconsin |

This policy memo provides instruction to select States regarding the implementation of changes to Supplemental Nutrition Assistance Program (SNAP) eligibility for aliens in Section 10108 of P.L. 119-21, the One Big Beautiful Bill Act of 2025 (OBBB), in the wake of preliminary relief granted in *State of New York, et al. v. Rollins, et al.*, 6:25-cv-02185 (D. Or.). OBBB's changes to alien eligibility took effect immediately; States must comply with these changes effective July 4, 2025.

Guidance documents lack the force and effect of law, unless expressly authorized by statute or incorporated into a contract. USDA may not cite, use, or rely on any guidance that is not available through their guidance portal, except to establish historical facts.

Food and Nutrition Service, Braddock Metro Center, 1320 Braddock Place, Alexandria, VA 22314
USDA is an equal opportunity provider, employer, and lender.

At issue in the litigation is the start date of the QC variance exclusionary period for new statutory and regulatory requirements[1], during which FNS excludes payment errors related to the misapplication of changes in Section 10108 to new and ongoing SNAP households.  For the States that were party to the litigation on December 15, 2025, the District Court's preliminary injunction means the variance exclusion period commenced on December 10, 2025, and lasts through April 9, 2026. FNS will comply with the Court's relief unless or until changed.

The variance exclusion will not apply if the State agency does not implement the new provisions in accordance with 7 CFR 275.12(d)(2)(vii). State agencies that implement later than December 10, 2025, but before April 9, 2026, will only be permitted a variance exclusion for the time remaining through April 9, 2026. State agencies that implement after April 9, 2026, cannot apply a variance exclusion to quality control cases. State agencies are strongly encouraged to develop coding to track cases impacted by this variance exclusion using Section 7 of the FNS-380-1 (OMB No. 0584-0299).

As a reminder, cases impacted by the above-mentioned litigation concerning alien eligibility must still be included and submitted pursuant to the States' approved sampling plan, and those cases should note the applicable variance exclusion(s). Under the preliminary relief granted by the Court, errors caused by alien eligibility determinations must be excluded from the error analysis; not the sample itself. Given the ongoing litigation, State agencies must be able to identify cases impacted by the court mandated extension of the variance exclusion. State agencies may use Section 7 of the FNS 380-1 to develop coding to identify affected cases or may develop their own tracking system outside of FNS-approved forms and systems. State agencies must also identify cases impacted by this court order that have already been submitted to FNS, in case future court actions impact these cases. For cases that have already been submitted, State

---

[1] See 7 CFR 275.12(d)(2)(vii)

Guidance documents lack the force and effect of law, unless expressly authorized by statute or incorporated into a contract. USDA may not cite, use, or rely on any guidance that is not available through their guidance portal, except to establish historical facts.

agencies will have to identify and track them outside of FNS-approved forms and systems.

State agencies with questions should contact their respective Regional Office representatives.

Sincerely,



RONAL D WARD   Digitally signed by RONALD WARD
Date: 2026.04.14 14:06:42 -04'00'

Ronald Ward

Acting Associate Administrator

Supplemental Nutrition Assistance Program

Food and Nutrition Service

U.S. Department of Agriculture

Guidance documents lack the force and effect of law, unless expressly authorized by statute or incorporated into a contract. USDA may not cite, use, or rely on any guidance that is not available through their guidance portal, except to establish historical facts.

Exhibit 1, Page 5 of 5
to Declaration of Leanne Hartmann