UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STATE OF NEW YORK, *et al.*,

Plaintiffs,

v.

BROOKE ROLLINS, *in her official capacity as Secretary of the U.S. Department of Agriculture*, & U.S. DEPARTMENT OF AGRICULTURE,

Defendants.

Case No. 6:25-cv-02186-MTK

**JUDGMENT**

**KASUBHAI,** United States District Judge:

Based on the record, and pursuant to this Court's September 17, 2026, Opinion & Order (ECF No. 107), the Court enters final judgment as follows:

1. Judgment is entered in favor of Plaintiffs and against Defendants on Counts I, II, III, and IV of Plaintiffs' First Amended Complaint (ECF No. 68).
2. The Court holds unlawful, sets aside, and VACATES the exclusionary period set forth in Defendants' Guidance Documents as arbitrary and capricious and contrary to law.
3. The Court DECLARES that the exclusionary period set forth in the Guidance Documents is unlawful, Defendants must give the states a 120-day exclusionary

period after issuing an implementing memorandum providing a required implementation date, and Defendants must provide adequate notice of when a state must implement the changes under H.R. 1 in order to exclude errors prior to the state's implementation.

4. The Court further DECLARES that Lawful Permanent Residents ("LPRs") are eligible for SNAP regardless of prior status and the five-year waiting period under the Personal Responsibility and Work Opportunity Act ("PRWORA"), 8 U.S.C. § 1601 *et seq.*, does not apply to LPRs that are or were members of the following immigration groups: Refugees, Individuals Granted Asylum, Deportation Withheld, Certain Afghan and Ukrainian Parolees, Iraqi and Afghan Special Immigrants, and Victims of Severe Trafficking (collectively, "Humanitarian Immigrant Groups").

DATED this 28th day of September 2026.

MUSTAFA T. KASUBHAI (he/him)
United States District Judge