JONATHAN D. GUYNN
Acting Assistant Attorney General, Civil Division
JOSEPH E. BORSON
Assistant Branch Director, Federal Programs Branch
MICHAEL VELCHIK
Senior Counsel to the Assistant Attorney General
TYLER J. BECKER
Counsel to the Assistant Attorney General
MICHAEL BRUNS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Email: michael.bruns@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture; and U.S. DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>*Defendants* | Case No. 6:25-cv-02186-MTK<br><br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's September 28, 2026, final judgment (ECF No. 108).

Dated: November 25, 2026

JONATHAN D. GUYNN
Acting Assistant Attorney
General Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

MICHAEL VELCHIK
Senior Counsel to the Assistant Attorney
General

TYLER J. BECKER
Counsel to the Assistant Attorney General

*s/ Michael Bruns*

MICHAEL BRUNS (DC Bar No. 1613394)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Fax: 202-616-8460
Email: michael.bruns@usdoj.gov
*Attorneys for Defendants*